```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF GEORGIA
                 COLUMBUS DIVISION
            _____
```

UNITED STATES OF AMERICA      : 4:24-cr-00034-CDL-CHW

        VS.              : OCTOBER 28, 2024

MARQUARIAS HALL,              : COLUMBUS, GEORGIA
DEFENDANT
_____


TRANSCRIPT OF THE DETENTION HEARING
BEFORE THE HONORABLE CHARLES H. WEIGLE,
UNITED STATES MAGISTRATE JUDGE

<u>APPEARANCES:</u>

<u>FOR THE GOVERNMENT:</u>

MS. VERONICA HANSIS, 300 MULBERRY ST, STE 400 MACON, GA 31201

478-752-3511 Email: veronica.hansis@usdoj.gov

LEAD ATTORNEY

ATTORNEY TO BE NOTICED

Designation: Government Attorney


<u>FOR THE DEFENDANT:</u>
MR. BARRY DEBROW , JR 246 BULLSBORO DR STE A NEWNAN, GA 30263

470-683-4403 Email: bdebrow@stricklanddebrow.com

ATTORNEY TO BE NOTICED

Designation: Retained

_____

JOAN DRAMMEH, CVR, CCR

JOAN_DRAMMEH@GAMD.USCOURTS.GOV

1   INDEX

2   LAUREN PAUL, FBI SPECIAL AGENT

3         Direct Examination By The Ausa .................5

4         Cross Examination By Defense Counsel ..........26

5         Redirect Examination By The Ausa ..............38

6         Recross Examination By Defense Counsel ........40

GOVERNMENT'S EXHIBITS 1-8 ADMITTED        13    5
7   GOVERNMENT'S EXHIBITS 9-19 ADMITTED       15    13
GOVERNMENT'S EXHIBIT 20 ADMITTED          17    21
8   GOVERNMENT'S EXHIBIT 21 ADMITTED          19    21
GOVERNMENT'S EXHIBITS 22-26 ADMITTED      25    10
9   GOVERNMENT'S EXHIBIT NO. 27 ADMITTED      26    3

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8:10:28AM 1                   --- *PROCEEDINGS* ---

2              THE COURT:  We have two detention hearings on the

3       calendar for the conclusion of our calendar today.  First in

4       case number 4:24-CR-00034 and 31 the United States vs.

5       Marquarias Hall.  Let's start with Mr. Hall's case.  We were

6       here a few days ago last week to go over the charges and enter

7       a plea.  The plea had to be continued and the motion for

8       detention.  Is everybody ready to go forward on that?  This is

9       Ms. Hansis' case.

10             THE AUSA:  I am handling it, Your Honor.  I don't

11      believe Mr. Hall has of yet entered his change of plea.  We

12      did not take that up last week.

13             DEFENSE COUNSEL:  That's correct Judge.  We still

14      need to execute the Rule 10.

15             THE COURT:  Do you all have a plea form to do that?

16             DEFENSE COUNSEL:  Not in front of me.

17             THE AUSA:  I did provide a copy of the plea form and

18      the indictment last week.  I do not have extra copies in front

19      of me.

20             THE COURT:  We can put one together if we have to or

21      we can just take an oral plea.  Do we have a blank?  We're

22      going to need two of them.  Mr. Debrow, why don't we get them

23      to sign the guilty pleas --

24             DEFENSE COUNSEL:  I didn't see them arrive.

25             THE COURT:  -- and then we will get to the meat of

8:21:52AM 1  things.

2          DEFENSE COUNSEL:  It has been signed and executed by

3  the Defendant but not by the Government yet.

4          THE COURT:  Ms. Hansis needs to sign those.

5          All right, so we will enter both of those not guilty

6  pleas on the record of each case and notify Judge Land that it

7  is ready to bet set down for trial so he can start scheduling

8  that.  A pretrial order will be entered as to both cases and

9  also the Rule 5 disclosure as to Brady v. Maryland which I've

10 already discussed in the previous case so I won't go over

11 those obligations again.  The Government is aware and on

12 notice of the requirements of Brady and its duty to disclose

13 exculpatory evidence in its possession.

14         That leaves us with the Government's motion for

15 detention.  Are you all ready to go ahead?

16         THE AUSA:  Yes, Your Honor, the Government is

17 prepared to proceed today.

18         DEFENSE COUNSEL:  We are prepared judge.

19         THE COURT:  Let me hear from the Government first,

20 Ms. Hansis.

21         THE AUSA:  Your Honor, the Government has filed

22 motions to detain on each case.  We have moved on the grounds

23 that this Defendant is both a flight risk and a danger to the

24 community.  Neither case presents a rebuttable presumption

25 case.  We do intend to present evidence and I have Agent

8:26:44AM 1    Lauren Paul prepared to testify before the Court this

2    afternoon.  You can go ahead and call her.

3                 THE COURT:  All right.

4                 COURTROOM DEPUTY:  Do solemnly swear that the

5    testimony you're about to give will be the truth, the whole

6    truth, and nothing but the truth so help you God?

7                 THE WITNESS:  I do.

8                 COURTROOM DEPUTY:  Stay here for slash name.

9                 THE WITNESS:  My name is Lauren Paul, L-A-U-R-E-N,

10   P-A-U-L.

11                 LAUREN PAUL, FBI SPECIAL AGENT

12                 Whereupon, witness having been duly sworn,

13                      testified as follows:

14                      DIRECT EXAMINATION

15   BY THE AUSA:

16   Q    Agent Paul, where are you currently employed?

17   A    The Federal Bureau of Investigation.

18   Q    In what capacity are you employed with the FBI?

19   A    Special Agent.

20   Q    How long have you worked for the FBI?

21   A    Since December of 2022.

22   Q    Could you briefly describe your job responsibilities for

23        the Court?

24   A    Yes.  I investigate violations of federal criminal law,

25        specifically Title 1821.  I specialize in financial

8:28:22AM 1    crimes.

2  Q    I want to turn first to indictment number 4:24-CR-00034,

3       which charges this Defendant with one count of conspiracy

4       to commit bank fraud, 13 counts of bank fraud, and four

5       counts of false statements to the SEC.  In April of 2022,

6       did USAA and Navy Federal Credit Union report an on-going

7       consumer loan fraud scheme to the Federal Deposit

8       Insurance Corporation, Office of the Inspector General?

9  A    Yes.

10 Q    Can you just explain generally to the Court that consumer

11      fraud scheme that forms the basis of that indictment?

12 A    Sure.  Mr. Marquarias Hall used purported car dealerships

13      to apply for and obtain fraudulent auto loans that were

14      purportedly for customers buying used vehicles.  At no

15      time did they actually possess the vehicles that formed

16      the basis for these auto loans.  And then his

17      codefendant, Quine Gray and Jasmine Grames, worked as

18      recruiters for Mr. Hall for these personal funding

19      opportunities.  And in actuality the personal funding

20      opportunities were the submission of these fraudulent

21      auto loan applications that were coming through Navy

22      Federal and USAA.

23          They looked for clients that had request credit

24      history so a 640 minimum of a credit score and also

25      certain bank affiliations, as I mentioned Navy Federal

8:31:06AM 1    and USAA.  They loan applications identified high-end

2    luxury vehicles as the collateral for these loans.  And

3    so once these loans were approved the funds were then

4    deposited into Mr. Hall's bank accounts.  And after that

5    a portion of those funds would then get transferred back

6    to the borrower in this case with a percentage of that

7    payment being kept for their fee.

8         Following this in some cases for an additional fee

9    they would offer to falsely file an identity theft report

10    with the Federal Trade Commission in which they falsely

11    claim that the client or the borrower was a victim of

12    identity theft.  They did this in an attempt to have the

13    loan removed from the account so they did not have to pay

14    back on those loan proceeds.  Overall, there was

15    approximately 70 falsified loan applications and

16    approximately $3.7 million that was secured in auto loans

17    between Mr. Hall and his codefendants.

18  Q    The businesses that Mr. Hall used on each one of these

19    auto loan applications that would be: Hall Automotive

20    Corporation, Hall Enterprise Rental LLC, and JCH

21    Automotive LLC?

22  A    Yes.  That's correct.

23  Q    Those are the three businesses that are at issue as part

24    of this indictment, but how many businesses in total

25    would be associated with Mr. Hall?

8:34:08AM 1    A    A variety.  There's got to be at least five to ten

2         business in his name.

3    Q    I want to talk about the scheme that overlapped with this

4         investigation.  Did the Defendant during this time period

5         also fraudulently obtain loans and unemployment insurance

6         through the COVID assistance programs?

7    A    Yes.  That's correct.

8    Q    Could you describe what he obtained and how?

9    A    Sure.  Mr. Hall obtained five paycheck protection program

10        loans, also known as PPP loans, approximately $104,000

11        total.  He received approximately $50,000 EIDL loans from

12        the SBA while simultaneously receiving unemployment

13        benefits from the State of New York and the State of

14        Georgia.  From New York he received approximately $16,000

15        and approximately $58,000 from State of Georgia.

16   Q    And as part of those PPP loan applications did he use

17        different social security numbers for each one of those

18        applications?

19   A    Yes.  There is a different Social Security number for

20        each one of those application.

21   Q    Did he also use different birthdates on those

22        applications?

23   A    I don't believe he did.

24   Q    Do the facts that you just describe form the basis for

25        the second indictment that he is charged with case number

8:38:54AM 1      4:24-CR-00001?

2      A    Yes.

3      Q    As part of this case you executed a significant number of

4           grand jury subpoenas and search warrants, is that

5           correct?

6      A    That's correct.

7      Q    I want to show you what has been marked as Government's

8           Exhibit 1.  I have provided copies --[inaudible]--

9                Your Honor, may I approach the witness?

10               THE COURT:  Yes.  Ms. Hansis, let me stop you try to

11     be close to the microphone when you are asking questions since

12     we don't have a court reporter in here.  There are a bunch of

13     them but we might not hear if you're not close by.

14     BY THE AUSA:  [Resuming.]

15     Q    Do you recognize the documents that I just handed you?

16     A    I do.

17     Q    What are these documents?

18     A    These were obtained from Mr. Hall's Apple iCloud account

19          that I obtained a search warrant for.  These are text

20          messages between him and Ms. Grimes around January 2023

21          when I believe he learned he was under federal

22          investigation.

23     Q    What are he and Ms. Grimes discussing in those text

24          messages?

25     A    In these text messages they are discussing the original

8:40:18AM 1    case agent that began investigating this case.  Mr. Hall

2    initiates the text by sending a photograph of the case

3    agent's business card containing her first and last name.

4    As you continue through the text messages there are

5    screenshots and photos of that case agent's social media

6    accounts including her Facebook profile, her

7    mother-in-law's Facebook profile, her husband's account,

8    including pictures of her family and her children along

9    with a screenshot of property records containing her home

10   address.

11  Q   What is the date range for those text messages?

12  A   Around January 2023.  They began on the 20th through

13      the 23rd.

14  Q   Would that be around the time period that Mr. Hall

15      learned that he was under federal investigation?

16  A   That's correct.

17  Q   The content of the text messages themselves, is there any

18      writing in those text messages or is it just the images

19      back-and-forth?

20  A   Not that I saw.  They were just images back and forth.

21  Q    (THE AUSA) Your Honor, may I approach the witness?

22          THE COURT:  Yes.

23  BY THE AUSA:  [Resuming.]

24  Q   I'm now handing you Agent Paul what has been marked as

25      Government's Exhibit 1-8.  Agent Paul, what is it that

8:42:16AM 1      I've just handed you?

2   A   These are the photos that were attached to Mr. Hall's

3      text messages that he sent to Ms. Grimes.

4   Q   So those are just enlarged photographs that were

5      essentially thumb tiles in Government's Exhibit 1?

6   A   That's correct.

7   Q   These were also obtained in response to that search

8      warrant that you executed on Mr. Hall's Apple iCloud

9      account?

10   A   That's correct.

11   Q   Could you explain to the Court what contained in those

12      images?

13   A   Yes.  The first image we have here is the case agent's

14      business card.  I will not that there has been some

15      redaction in these to protect the agent's identity, at

16      her request.  So the first one is her FBI business card.

17      The second one is a screenshot from what appeared to be

18      True People Search with her information on there,

19      including her age and the city in which she lived in.

20      The third one is going to be a photograph of the Columbus

21      property records site; it has got a screenshot of her

22      home address with her name and her husband's name on it.

23      The next photo is a screenshot of her home address,

24      again, using what I believe was True People Search

25      online.  Another one from True People Search containing

8:43:41AM 1     her in-laws information.  Her name and her husband's name

2     is also on there.  The next one is going to be her

3     Facebook profile that contains photos of her husband and

4     her children.  And I will note that the name on the

5     Facebook account was a different name than what was on

6     the business card.  Lastly, is a post from her

7     mother-in-law who also had a different last name.

8          THE AUSA:  For the record, Your Honor, the

9    Government would move to admit Government's Exhibits 1 through

10    8 into evidence.

11         DEFENSE COUNSEL:  Objection.  I'm not sure the

12    purposes you're trying to admit these.  Are they supposed to

13    be evidence that this was actually sent; or are looking for

14    authentication; or is this for the purpose of this hearing?

15         THE COURT:  What's your objection?

16         DEFENSE COUNSEL:  I guess I'm looking for more

17    foundation as to these documents and where they came from.

18    They do appear to be copies of something but I don't know who;

19    where they were retrieved from; how they were gotten or any of

20    that information.

21         THE COURT:  Her testimony was that they were

22    retrieved from a search warrant that the Court issued to Apple

23    iCloud for Mr. Hall's iCloud account.

24         THE AUSA:  That is correct Your Honor.  That is what

25    the agent testified to.

8:45:10AM 1          THE COURT:  Do you need more authentication than

2    that?

3          DEFENSE COUNSEL:  I'm not sure judge.  I haven't

4    seen a copy of the search warrant at all.

5          THE COURT:  Well, I'm going to overrule the

6    objection and they will be admitted.  Of course we under a

7    little bit looser standards here than we would be in a trial.

8    Certainly they are sufficiently authenticated for my purposes.

9    I will overrule the objection.  They are admitted.

10          THE AUSA:  Thank you, Your Honor.  May approach the

11    witness?

12          THE COURT:  Yes.

13    BY THE AUSA:  [Resuming.]

14    Q    Agent Paul, I have just handed you what has been marked

15        as Government's Exhibits 9 through 13.  Were those images

16        that were obtained in response to that search warrant we

17        just discussed?

18    A    That's correct.

19    Q    Could you explain to the Court what is contained in those

20        images?

21    A    Yes.  These are photos of the case agent and her family

22        including her husband and her children.  She believed

23        these may have been taken from her Facebook profile.

24        There is additionally screenshots of what appears to be

25        -- I don't know if it was her mother-in-law's profile or

8:47:05AM 1       someone else who may have tagged the mother-in-law in

2       that profile.  Again, it has a different last name than

3       the actual case agent, but it is in fact her

4       mother-in-law; and then additional photos of her family

5       and children; and any posts that may have tagged them in

6       that.

7  Q   What I've just handed you, those are simply enlarged

8       images of the text messages that were contained

9       Government's Exhibit 1?

10  A   That's correct.

11  Q   Those were images that were sent from Jasmine Grimes to

12       Marquarias Hall?

13  A   That's correct.

14  Q   Who is Jasmine Grimes in relation to this case?

15  A   Jasmine Grimes is codefendant in this case.

16  Q   I want to now hand you what's going to be marked as

17       Government's Exhibit 19.  Agent Paul, what is that I've

18       just handed you?

19  A   These again are text messages that were obtained pursuant

20       to the Apple iCloud search warrant for Mr. Hall.  These

21       are text messages between him and Rashaun Neely

22       [phonetic].

23  Q   Could you explain to the Court what is contained in those

24       text messages?

25  A   Yes.  It's a brief exchange via text where Mr. Hall sends

8:48:54AM 1      her what looks to be a vehicle or a car rental

2        reservation.  She asked, what name you used.  He says

3        Tevon Carter but it should be made out to Rashaun Neely.

4        She says, okay.  And within the case we did see the name

5        Tevon Carter and believed it to be an alias utilized by

6        Marquarias Hall.  These text messages are showing that he

7        is using that name for personal reservations.

8    Q   And what's the date range on those text messages?

9    A   June 5th, 2022 through June 6th, 2022.

10            THE AUSA:  Your Honor, the Government would not move

11   to admit Government's Exhibits 9-19.

12            DEFENSE COUNSEL:  I am not going to object judge.

13            THE COURT:  Those will all be admitted.

14   BY THE AUSA:  [Resuming.]

15   Q   As part of this investigation Agent Paul, did you also

16       send a grand jury subpoena to Greystone Apartments in

17       Columbus?

18   A   I did.

19   Q   Is that the residential address of: 2100 Old Guard Road,

20       Apartment 1119?

21   A   That's correct.

22   Q   Is that the address that you were able to determine that

23       Mr. Hall was residing?

24   A   It was, yes.

25   Q   What did you receive in response to that grand jury

8:50:07AM 1    subpoena?

2    A    We were at some point provided a lease application,

3         rental agreement, proof of employment, financial

4         statements, and a renewal letter and the layout for the

5         apartment.

6              THE AUSA:  Your Honor, may I approach the witness?

7              THE COURT:  You may.

8    BY THE AUSA:  [Resuming.]

9    Q    Agent Paul, I just handed you what's been marked as

10        Government's Exhibit 20; what is that that I just handed

11        you?

12   A    This is the rental application for the apartment.

13   Q    Is that what you received in response to the grand jury

14        subpoena that we just discussed?

15   A    Yes, it is.

16   Q    Does that rental agreement contain any falsified

17        information?

18   A    It does.

19   Q    What in that application was falsified?

20   A    Mr. Hall has a different social security number, at least

21        the last four, that's listed here.  He also listed his

22        monthly income is $4,520 and has been employed since

23        August 6th, 2012, with R&M Automotive; that his wife's

24        name is Betsy Hall.

25   Q    How are you able to determine that that information is

Joan Drammeh * Federal Reporter * 706-653-1097

9:10:18AM 1    false?

2    A    Of course having his true Social Security number we were

3         able to compare that.  For his employment we ended up

4         sending a grand jury subpoena to the Georgia Department

5         of Labor, the Department of Revenue, and the IRS.  We

6         were able to determine that there were no records from

7         Mr. Hall for employment from the Department of Labor and

8         the Department of Revenue.  Labor did not have anything

9         from 2019 to 2023 including W-2s or 1099s.  Additionally,

10        the Department of Revenue did not have anything from 2019

11        to 2024.  And IRS had no record of any W-2s or 1099s from

12        2019 to 2021.

13   Q    Now when say that there was no record of W-2s from 2019

14        through 2024, are you saying just with regards to

15        employer that he lists on that lease application or in

16        general?

17   A    In general for employment.

18             THE AUSA:  Your Honor, the Government would move to

19   admit Government's Exhibit 20 into evidence.

20             DEFENSE COUNSEL:  No objection.

21             THE COURT:  It's admitted.

22             THE AUSA:  May I approach the witness?

23             THE COURT:  You may.

24   BY THE AUSA:  [Resuming.]

25   Q    Agent Paul, I have now handed you what's been marked as

Joan Drammeh * Federal Reporter * 706-653-1097

9:12:01AM 1      Government's Exhibit 21; what is it that I've just handed

2      you?

3  A   These are documents Mr. Hall provided to Greystone Point,

4      the apartment complex, when he applied to include

5      financial statements and proof of employment via

6      paystubs.

7  Q   Those were the supporting documents that you also

8      obtained from Greystone in response to that grand jury

9      subpoena that we just discussed?

10  A   Yes.  That's correct.

11  Q   You indicated that that packet contained statements from

12      Bank of America?

13  A   Yes, it did.

14  Q   Did those statements contain falsified information?

15  A   Yes.  The bank statements themselves are completely

16      forged.  I know that because we submitted grand jury

17      subpoenas to Bank of America for all of Mr. Hall's bank

18      accounts there.  The account number that's listed here is

19      a different account number than any that exist for him;

20      and we subpoenaed during the same time frame that these

21      bank statements are claiming to be from.  Additionally,

22      the address listed on the bank records is not an address

23      associated with him and it's not anywhere in is bank

24      records with Bank of America that we subpoenaed.

25  Q   Does that packet also contain paystubs and employment

9:13:21AM 1      information from R&M Automotive?

2   A   It does.

3   Q   Were you able to determine those paystubs were also

4      falsified?

5   A   Yes.  They appear to be falsified.  Additionally, in the

6      Apple iCloud search warrant return that we had obtained

7      there were text messages between Mr. Hall and Mr. Richard

8      Sumbry [phonetic] discussing him making paystubs for R&M

9      Automotive asking him what kind of information he wanted

10     to include on them.  And then he ends up sending him a

11     paystub that he had then created.

12  Q   And this was part of the rental application that he filed

13     in September of 2023?

14  A   That's correct.

15  Q   So again this would be for the apartment that he's

16     currently residing in?

17  A   That's correct.

18      THE AUSA:  Your Honor, the Government would move to

19  admit Government's Exhibit 21.

20      DEFENSE COUNSEL:  No objection to this judge.

21      THE COURT:  It's admitted.

22  BY THE AUSA:  [Resuming.]

23  Q   Agent Paul, can you explain Mr. Hall's employment history

24     from 2022 to present?

25  A   Yes.  We do not have any record of any legitimate income

9:14:34AM 1    or employment from that point forward.  Based on

2    interviews that we conducted with family, it appears that

3    he did not have any legitimate income following 2019.

4    His last know income from NCR and from potentially the

5    Kia plant that he may have worked at prior to 2019.

6  Q  I want to ask you about some of the businesses that are

7    associated with Mr. Hall and that are contained in this

8    indictment, so for instance, Hall Automotive.  Is there

9    any evidence of that as a legitimate company?

10  A  No, there's not.

11  Q  Is that a business that's registered with the Secretary

12    of State?

13  A  It is registered with the Secretary of State, yes.

14  Q  Are you able to determine if that business was conducting

15    a legitimate business during this time period?

16  A  No.  We were not based on the records that we obtained

17    from the Georgia Department of Labor, the Department of

18    Revenue, the IRS or the lack thereof.

19  Q  Is that true of all businesses that are associated with

20    Mr. Hall: Hall Automotive Corporation, JCH Automotive

21    LLC, Hall Enterprise Rental LLC?

22  A  That's correct.

23  Q  Did Navy Federal Credit Union also notify you of

24    additional fraudulent loan applications submitted between

25    July 11th of 2023 and September 26th of 2024?

9:16:01AM 1   A    July 2024 through September, yes.

2   Q    How many loan were submitted to Navy Federal?

3   A    There were ten.

4   Q    Were any of those loans funded?

5   A    Approximately five of the loans were funded.

6   Q    And in what amount?

7   A    Approximately $200,000.

8   Q    How is it that Navy Federal Credit Union did not flag

9        these loans as fraudulent?

10   A    Because these loans were submitted through Hall

11        Automotive, which also happens to be a legitimate car

12        dealership out of Virginia.  It appears that Mr. Hall

13        figured this out.  He appeared to spoof the phone number

14        from that dealership when calling into the bank.

15        Ultimately, the investigator made contact with the banks

16        in which those loan funds were deposited in.  They were

17        deposited into bank accounts belonging to Mr. Hall.

18   Q    As part of the investigation in this case did you also

19        completed a financial analysis of Mr. Halls accounts and

20        expenditures?

21   A    A FBI Forensic Accountant did, yes.

22   Q    About how many bank accounts did Mr. Hall have?

23   A    At least eight and he has acquired more since.

24   Q    Now, the loan funds that were obtained as a part of the

25        scheme, were you able to trace those into accounts

9:17:42AM 1    controlled by Hall?

2    A    Yes, we were.

3    Q    Approximately how much of those funds made it into an

4         account controlled by Marquarias Hall?

5    A    Approximate $3.4 million.

6    Q    Were you also able to trace how Mr. Hall spent some of

7         those proceeds?

8    A    Yes.

9    Q    How much in cash withdrawals did Mr. Hall make?

10   A    Approximately $1.2 million between 2021 and 2022.

11   Q    Did any of those accounts maintain any kind of a high

12        balance?

13   A    No.

14   Q    How many vehicles are associated with Mr. Hall?

15   A    There were at least four.

16   Q    What types of vehicles are those?

17   A    There's a 2022 Chevrolet Corvette Stingray, a 2021 Dodge

18        Charger Hellcat, a 2022 Cadillac Escalade, and there was

19        a 2019 Lamborghini that was taken back by the bank last

20        week.

21   Q    Is it fair to say that Mr. Hall is underwater on each of

22        those loans?

23   A    Yes.

24   Q    Were you able to locate any assets for this Defendant,

25        any real property?

9:18:50AM 1   A   Nothing except for a $8000 diamond bracelet.

2   Q   Did you locate any cash inside Mr. Hall's apartment at

3       2100 Old Guard when you executed the search warrant last

4       week?

5   A   There was only approximately $10,200.

6   Q   How many addresses were you able to determine were

7       associated with Mr. Hall?

8   A   I'm going to say there's more than 15.  There's honestly

9       too many to count.

10   Q   How were you able to determine that 2100 Old Guard is

11       Mr. Hall's residence?

12   A   Through source information and law-enforcement

13       intelligence; that was the only means we were able to

14       locate him.

15   Q   I want to ask you about 4251 Meritas Drive.  Is Mr. Hall

16       currently living at that address?

17   A   He's not.

18   Q   Who lives at that address?

19   A   His grandmother Betsy Hall and his uncle

20       --[indecipherable]--.

21   Q   How is it that he's associated with Meritas Drive?

22   A   He was raised there by his grandmother up until he was

23       about 18.  He has since used that address for mail, but

24       he has not resided at that address since that age.  And

25       his family has even gone to lengths to try and remove

9:20:03AM 1    that address from the Hall Automotive business online

2    because there is no true enterprise being operated out of

3    that location.

4   Q    And 4251 Meritas Drive that's the business address listed

5    for Hall Automotive Corporation?

6   A    That's correct.

7   Q    Is that a residential address?

8   A    It is a residential address.

9   Q    Did you also execute a search warrant at that address

10    last week?

11   A    I did.

12   Q    I want to ask you about Mr. Halls' social media presence.

13     Did you also execute a search warrant on Mr. Halls'

14    Facebook account?

15   A    Yes, the FBI did.

16   Q    I've now handed you what's been marked as Government's

17    Exhibits 22 through 26; do you recognize what I just

18    handed you?

19   A    I do.

20   Q    And were those photographs that were obtained in response

21    to that search warrant that you've just discussed?

22   A    Yes.

23   Q    Could you describe to the Court what's contained in those

24    images?

25   A    These are images of Marquarias Hall holding what appears

9:21:21AM 1          to be a large amount of U.S. currency.  Again, I am not

2          going to testify to the authenticity of cash, but it

3          appears to be U.S. currency.

4     Q    And those photographs, is the date range of those

5          photographs from 2021 up until March of 2024?

6     A    Yes.

7               THE AUSA:  Your Honor, the Government would move to

8     admit those exhibits into evidence.

9               DEFENSE COUNSEL:  No objection.

10               THE COURT:  They're admitted.

11    BY THE AUSA:  [Resuming.]

12    Q    I want to ask you did Mr. Hall offer any kind of

13         mentoring services through his social media accounts?

14    A    It appeared he may have, yes.

15    Q    I've just handed you what's been marked as Government's

16         Exhibit 27; what is it that I've just handed you?

17    A    This is an advertisement or flyer that Mr. Hall posted

18         from the Facebook account that we obtained a search

19         warrant for.

20    Q    Is that an advertisement for online mentoring?

21    A    It is.

22    Q    Does he charge a fee for that mentoring service?

23    A    He does.  There is a $500 deposit fee and a $1,500 fee

24         for the course.

25    Q    Your Honor, the Government would move to admit

9:22:48AM 1      Government's Exhibit 27 into evidence?

2          DEFENSE COUNSEL:  No objection.

3          THE COURT:  It's admitted.

4  BY THE AUSA:  [Resuming.]

5  Q   I want to ask you about a business known as Cru Lounge;

6      are you familiar with that business?

7  A   I am.

8  Q   Is that a business that's also associated with Mr. Hall?

9  A   It is.

10  Q   How is that business associated with Mr. Hall?

11  A   Mr. Hall has appeared to become a part owner in that

12      business over the last few months.  Additionally, after

13      conducting financial analysis through his bank accounts

14      we discovered approximately $71,000 was wired from his

15      Truist account to MK Family Investments LLC.  The memo

16      was payment in full for Cru Lounge.  That account had

17      received fraudulently obtained auto loan funds.  So it

18      appears that he has acquired ownership in that business

19      through illicit funds based on our evidence.

20          THE AUSA:  Your Honor, I don't have any further

21  questions for this witness at this time.

22          THE COURT:  Defense.

23                 CROSS EXAMINATION

24  BY DEFENSE COUNSEL:

25  Q   Just a few questions starting with Government's

9:24:08AM 1       Exhibit 27.

2   A   Yes.

3   Q   This appears to be an advertisement you said from social

4       media?

5   A   Yes.

6   Q   And it was offering mentorship?

7   A   That's what it appears.

8   Q   Was there any verification done into whether or not

9       mentorship was actually provided?

10   A   No, there was not.

11   Q   So there may have actually been mentorship happening

12       through I guess this program?

13   A   Sure.

14   Q   Is there any reason to believe that this was a fraudulent

15       mentorship?

16   A   It was posted around the time frame that the scheme was

17       occurring so one can think maybe.

18   Q   But you don't have any evidence that it is?

19   A   No.

20   Q   Also going to Government's Exhibits 22, 23, 24, 25, 26

21       earlier in your testimony you said that you weren't going

22       to testify to the authenticity of the money?

23   A   That's correct.

24   Q   That's because you don't know if the money is real or

25       not?

9:25:19AM 1    A    That's correct.

2    Q    It could actually be fake money?

3    A    Sure.

4    Q    Is it actually pretty common for social media accounts to

5         use fake money for an advertisement?

6    A    It may not be common, but it is used.

7    Q    And it occurs more in more than Mr. Hall's case?

8    A    Sure.

9    Q    And it doesn't typically result in any charges or

10        anything like that going toward of person?

11   A    That's correct.

12   Q    Upon your search warrants and other investigative devices

13        that you used, none of this money or money that looks

14        like this was seized?

15   A    The $10,200 approximation was seized.  It can certainly

16        look very similar, but I'm not going to testify that it's

17        an exact carbon copy of that cash in the photograph.

18   Q    You can't say it was that money that you seized at all?

19   A    That's correct.

20   Q    Or even that the money that you see here was real is what

21        you just testified to, right?

22   A    I'm sorry.

23   Q    I said, or that the money in these pictures is actually

24        real money; you don't know?

25   A    I don't know.  That's correct.

9:26:40AM 1    Q    Did Mr. Hall ever purport this money to be real to you?

2    A    Did he purport it?

3    Q    Yeah.  Did he ever tell you this was money?

4    A    No, he did not.

5    Q    Did he ever tell anybody asking him any questions that

6         this was real money?

7    A    No.

8    Q    I want to go back to Government's images: 9, 10, 11, 12,

9         13, 14, and 15.  I believe these were images that were

10         taken from social media, right?

11    A    These were images that were taken from the Apple iCloud

12         search warrant return.

13    Q    These were enlarged from the actual text messages that

14         were in the previous exhibit?

15    A    They are from the original files.

16    Q    The testimony was that Mr. Hall did not exactly --

17         Mr. Hall actually did not send these photos; he received

18         them?

19    A    No.  He didn't send these photos.  He sent the other

20         photos in the Government's exhibit.  But these ones

21         specifically Ms. Grimes sent these, that's correct.

22    Q    These are the photos of the agent's family and the agent,

23         right?

24    A    That's correct.

25    Q    They were sent to my client not from my client?

9:28:23AM 1    A    That's correct.

2    Q    With this images you testified that nothing was said

3         about these damages as far as language or text?

4    A    Nothing needed to be said.

5    Q    But nothing was said, right?

6    A    Nothing was said.

7    Q    No threats or anything like that were written, or given,

8         or anything about go after these people.  You didn't see

9         anything like that inside any of these text messages,

10        right?

11   A    Not in plain text, no.

12   Q    Did you see it any kind of text?

13   A    No.

14   Q    You said the dates for these were back in January 2023,

15        right?

16   A    That's what it appears.

17   Q    So that's approaching two years ago?

18   A    Under that, but, yes.

19   Q    To your knowledge at this point there hasn't been any

20        contact made from my client to this agent that you are

21        aware of are you, right?

22   A    Not that I'm aware of.

23   Q    There hasn't been any threats or anything like that

24        issued to this agent from my client in that period of

25        time; has there been?

9:38:31AM 1    A    Not that I'm aware.

2    Q    But he has had this information like you said going on

3         two years?

4    A    Less than two years.

5    Q    January will be two years, right?

6    A    Yes.  We're not in January yet.

7    Q    You spoke about several companies that were registered to

8         Mr. Hall?

9    A    Yes.

10    Q    And you mentioned earlier that those companies were able

11         to be found on the Secretary of State's website?

12    A    They were, yes.

13    Q    That they were found to be in compliance?

14    A    Most of them, yes.

15    Q    Can you go through with the Court the process to get a

16         business in compliance with the Secretary of State?

17    A    Yes.  You just have to file paperwork online with the

18         Secretary of State.  If you want to apply for an EIN

19         number you can also do that online with the IRS.  It

20         doesn't take a whole lot of time and/or effort to do

21         that.

22    Q    Are fees attached?  Are you required to pay a fee to

23         register business?

24    A    Yes.  There's usually fees associated.

25    Q    One of the entities in question was R&M Automotive; are

10:50:17AM 1    you familiar with R&M Automotive?

2   A    I am aware that it's registered to him on the Georgia

3        Secretary of State.  It does not come up in our case.

4   Q    You are aware that it is registered under his name.  He's

5        the registered agent for that?

6   A    I am, yes.

7   Q    Have you ever been out to visit R&M Automotive?

8   A    I have driven by.

9   Q    Is that an open business?

10  A    I can't testify to what business is being conducted

11       inside.

12  Q    Did you ever go inside?

13  A    I've never been inside, no.

14  Q    Have you ever attempted to see if that was an active

15       business?

16  A    No.  Because it was not involved in our case.

17  Q    But it is connected to Mr. Hall?

18  A    It may be, yes.

19  Q    It may also be a source of income?

20  A    It could be, but based on the records that I obtained

21       from the Georgia Department of Labor, Revenue, and the

22       IRS there is no record of any business let alone R&M

23       Automotive.

24  Q    But you don't know what's going on in there because you

25       never went in, right?

10:51:27AM 1   A   Sure.

2   Q   It wasn't a part of your case?

3   A   Sure.

4   Q   Therefore you didn't do any extra investigation

5       pertaining to R&M Automotive?

6   A   I did not go inside.

7   Q   Are you familiar with Hall's Trucking and Dispatching?

8   A   Sorry, what's the company?

9   Q   Hall's Trucking and Dispatch LLC.

10  A   Yes, I am aware it exists on the Georgia Secretary of

11      State.

12  Q   Did you have opportunity to look into that?

13  A   No.

14  Q   Are you aware that it is in compliance?

15  A   I can't testify as to whether it's in compliance or not.

16      I don't have that information in front of me.

17  Q   If I told you it was in compliance would you be

18      surprised?

19  A   Not necessarily, no.  It's just a fee that they pay to

20      renew a business; that's it.

21  Q   And it has an address of 80 Sycamore Drive in Columbus,

22      Georgia?

23  A   I don't know what addresses is associated with it, but

24      that is residential address.

25  Q   You never visited or investigated that business at all?

10:52:44AM 1    A    We did.

2    Q    Did you find out what business and what the activities

3         were for that business?

4    A    Not for that business, no, but we did speak with the

5         renters inside.  They said that there's no business being

6         operated at that location, referenced other businesses

7         registered to that address.

8    Q    So as far as Hall's Trucking you haven't found out any

9         information pertaining to what business occurred with

10        Hall's Trucking?

11   A    Not with Hall's Trucking and Dispatching.

12   Q    You spoke about Cru Columbus.  Are you also aware that

13        Mr. Hall has ownership interest in another Cru club in

14        Morrow?

15   A    I am.

16   Q    Did you have an opportunity to do an investigation into

17        that company?

18   A    Not beyond the proceeds that we traced.

19   Q    Are you aware of his ownership interest and that he is a

20        part owner in that establishment?

21   A    I am aware generally, yes.

22   Q    Are you also aware that he was an owner there prior to

23        coming an owner to the Cru Columbus?

24   A    Yes.

25   Q    I spoke earlier about the pictures the other damages and

10:55:05AM 1    the images that were provided as a part of Government's

2    Exhibits 9 through 18.  To your knowledge have any of the

3    individuals captured in any of those photos been

4    contacted by Mr. Hall over the last year?

5  A    No.

6  Q    Have any threats been given by Mr. Hall over the last

7    year?

8  A    Not that I'm aware of.

9  Q    You also spoke about numerous residences that Mr. Hall

10    has been tied to in your testimony; is that correct?

11  A    That's correct.

12  Q    Have any of those residences that he is tied to listed

13    outside the State of Georgia, do you know that he's lived

14    anywhere outside the State of Georgia?

15  A    Not that I'm aware of.

16  Q    So the addresses that you have tied to him are all local

17    addresses?

18  A    I would say within the State of Georgia.

19  Q    As far as Atlanta being the farthest away from Columbus

20    for further than that?

21  A    There were other addresses Atlanta area, Powders Springs;

22    there's a variety of addresses.

23  Q    Right.  What about the Atlanta metropolitan area would be

24    the furthest away?

25  A    I suppose.  I can't say for certain.

10:57:01AM 1    Q    During your investigation of the case, have you had an
2         opportunity to speak with any of the codefendants in this
3         case?
4    A    We have.
5    Q    There was a text message conversation that was currently
6         a part of the Government's Exhibit and was Government's
7         Exhibit 1.  That conversation was with a Codefendant
8         Grimes.  Have you had a conversation with Codefendant
9         Grimes?
10   A    I personally have not had a conversation with her, but
11        other agents have.  Yes.
12   Q    Has she given a statement?
13   A    Yes, she has.
14   Q    In her statement does she say anything about any harm or
15        threats that Mr. Hall desired to have her do or himself
16        do the agent involved in the case?
17   A    I believe one contact was made with her; it was prior to
18        these text messages being sent.
19   Q    So you haven't spoken with her since the text messages?
20   A    No.
21   Q    You said that you became a part of the case and you
22        joined which was in December?
23   A    It was April of 2023 I entered the case.
24   Q    Were you able to review the file as to what happened
25        before you joined?

10:59:36AM

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Are you aware that certain individuals were reached out |
| 3 | | to prior to you joining the case as far as his |
| 4 | | codefendants? |
| 5 | A | Yes. |
| 6 | Q | That they reached out to him as well? |
| 7 | A | There was contact made over the telephone when they went |
| 8 | | to interview Ms. Neely.  He asked for a lawyer at that |
| 9 | | point. |
| 10 | Q | He had an attorney that was in contact with law |
| 11 | | enforcement, correct? |
| 12 | A | He may have been in touch with the U.S. Attorney's Office |
| 13 | | and then there was no further contact. |
| 14 | Q | At that point in which he was in contact through his |
| 15 | | attorney, was there any attempt from Mr. Hall to leave |
| 16 | | the country or takeoff and avoid answering these charges |
| 17 | | that were potentially coming? |
| 18 | A | No.  He just engaged in additional fraud based on the |
| 19 | | records. |
| 20 | Q | The question I was asking:  Was there any attempt from |
| 21 | | him to leave the area? |
| 22 | A | There was not. |
| 23 | Q | There was not? |
| 24 | A | That's correct. |
| 25 | | DEFENSE COUNSEL:  That's all the questions I have |

11:01:14AM 1    judge.

2                    THE COURT:  Anything else from the Government?

3                    THE AUSA:  Yes, Your Honor, briefly.

4                         REDIRECT EXAMINATION

5    BY THE AUSA:

6    Q    I want to focus specifically on Hall Automotive

7         Corporation.  Hall Automotive Corporation was registered

8         with the Secretary of State; is that correct?

9    A    That's correct.

10   Q    What does it take to get a business registered with the

11        Secretary of State?

12   A    It really doesn't take much.  I mean you have to have

13        some form of a business address that you're registered

14        to, and individual in which you are registering the

15        business, proof of identity, and what the business is

16        going to be operating -- what kind of business they are

17        going to be engaged in.

18   Q    There's a fee that's associated with registering the

19        company with the State of Georgia?

20   A    Yes, and there's a fee.

21   Q    Generally speaking, when a company is registered in the

22        State of Georgia and actually practicing any business,

23        they would also submit annual reports to the Secretary of

24        State; is that correct?

25   A    Usually is.

11:02:26AM 1    Q    Those annual reports would generally reflect income,

2         earnings, profits from that business?

3    A    That's correct.

4    Q    Did any businesses that were associated ever submit any

5         type of an annual report?

6    A    Never.

7    Q    But they did renew their filing every year?

8    A    They did.

9    Q    And so on the record the businesses did legitimately

10        exist?

11   A    Sure, yes.

12   Q    Now in order to determine whether a business -- if we

13        just stay focused on Hall Automotive Corporation at this

14        point -- is actually conducting any original business,

15        you would have to look at records with the Georgia

16        Department of Labor, Georgia Department of Revenue, and

17        IRS?

18   A    That's correct.

19   Q    Did you do that for each of the businesses associated

20        with Mr. Hall?

21   A    I did for the ones involved in this case.  Yes.

22   Q    Was there any record of any of Mr. Hall's businesses ever

23        paying any withholdings to the IRS?

24   A    No.

25   Q    Were there ever any W-2s associated with any of

11:03:29AM 1   Mr. Hall's businesses ever submitted to the IRS?

2 A No, there were not.

3 Q Was there any records of any of Mr. Hall's businesses

4   actually conducting business, I mean generating income or

5   creating a profit?

6 A No.

7 Q I want to ask you specifically about R&M Automotive.  He

8   indicated as part of this lease agreement that he was a

9   Sales Manager at R&M Automotive; is that correct?

10 A That's correct.

11 Q But he never filed taxes with a W-2s from R&M Automotive;

12   is that also correct?

13 A That's correct.

14 Q I don't have any further questions.  Thank you.

15    THE COURT:  Defense.

16       RECROSS EXAMINATION

17 BY DEFENSE COUNSEL:

18 Q Do you know when R&M Automotive was opened?

19 A I'm not sure, no.

20 Q Do you know if any of these businesses had business

21   licenses?

22 A With the Georgia Secretary of State.

23 Q Like business licenses and occupancy for locations?

24 A Yes, they do.

25 Q Have you had an opportunity to go in and see certificate

11:04:52AM 1      of occupancies?

2   A   I have.

3   Q   Are those required in addition to what you have to do to

4      register with the Secretary of State?

5   A   Yes.

6   Q   You have to go through different steps to do that, right?

7   A   I would imagine, yes.

8   Q   They also require you to renew that; that's something

9      that you have to continue to do, correct?

10   A   Yes.

11   Q   Again, from your testimony earlier, you never went into

12      R&M; right?

13   A   R&M, no.

14   Q   So you don't know if there was any detail or anything

15      happening over there?

16   A   Not that I'm aware of.

17   Q   Did you check for social media presence of whether or not

18      he was getting positive feedback as to potential

19      customers that have gotten their car serviced?

20   A   No.

21   Q   You didn't look at that because this wasn't part of the

22      case, that particular company, right?

23   A   No.

24      DEFENSE COUNSEL:  That's all I have judge.

25      THE COURT:  All right Agent Paul, you can come down.

11:06:08AM 1    Any further evidence from the Government?

2                THE AUSA:  I have nothing further.  She may be

3    excused.

4                THE COURT:  No further evidence from the Government.

5                THE AUSA:  No, Your Honor, we just reserve for

6    argument.

7                THE COURT:  Is there going to be any evidence from

8    the Defense?

9                DEFENSE COUNSEL:  No.

10               THE COURT:  Let's take a brief recess before we move

11   into argument.  It's five after 4:00 right now so ten minutes

12   for you all to get your stuff together.

13               DEFENSE COUNSEL:  That's fine for me judge.

14               THE AUSA:  Yes, judge.

15               THE COURT:  We'll take a ten-minute recess.

16               COURTROOM DEPUTY:  All rise, the Court is now in

17   recess.

18   [RECESS]

19               COURTROOM DEPUTY:  The court's back session.

20               THE COURT:  Ms. Hansis, does the Government have any

21   argument you want to make?

22               THE AUSA:  Your Honor, we would reserve our argument

23   for rebuttal.

24               THE COURT:  Mr. Debrow, she said she reserves her

25   argument for rebuttal.  The burden is on the Government.

11:07:58AM 1          DEFENSE COUNSEL:  Your Honor, I was going to say --

2          THE COURT:  It's a very good strategy for you.

3          THE AUSA:  Your Honor, I'm happy to give the

4     argument now.

5          THE COURT:  Let's hear it.

6          THE AUSA:  Your Honor, the Government has moved to

7     detain this Defendant under both flight grounds and the

8     grounds that he's a danger to the community and I'd like to

9     first address each one of those in turn.  First, addressing

10    the issue flight, we have an individual who has used different

11    aliases.  He has used multiple Social Security numbers.  He

12    the means and the ability to create falsified financial

13    documents.  And we saw that most recently with the lease

14    application that he submitted to the apartment that he

15    currently resides at.

16          Part of the reason that we submitted this

17    documentation, Your Honor, is because I understand the conduct

18    that is charged in the indictment is somewhat dated.  We're

19    talking about conduct from 2020 to 2022, but the lease

20    agreement shows that this is a continuing pattern on the part

21    of this Defendant to continue to create and submit falsified

22    documentation in order to gain some type of financial benefit.

23    In the case of the apartment lease it was to be able to obtain

24    an apartment.  Likely because of falsified documentation

25    assisted with a higher credit score.

11:10:18AM 1        We have an individual who has no history of

2    legitimate or steady employment.  The Government has never

3    contested that these businesses that exist under the Secretary

4    of State may exist on paper sure, but the reality is that they

5    have never conducted any legitimate business.  They have never

6    been a form of legitimate income for this Defendant.  And

7    frankly he hasn't demonstrated any legitimate employment since

8    at least early 2020-2021 and that's concerning.

9        In addition, Your Honor, it's the Government's

10   contention that this is an individual who has essentially

11   divested himself of his assets.  We know just during the

12   fraudulent scheme period alone, just during that short one

13   two-year period of time, he acquired $3.7 million in funds.

14   Every penny of that hit an account that belongs to this

15   Defendant and yet he has no real property in his name.  He's

16   underwater on all the luxury vehicles that are in his name.

17   It's the Government's contention that that was done

18   intentionally on his part to essentially divest himself of

19   assets.  He was aware that the federal government was

20   investigating him.  And he was aware of the unfortunate

21   reality that once the Government finds the cash we cannot

22   seize it.  So this is an individual who has no significant

23   assets tying him to this community.

24        Part of the reason that we also submitted some of

25   those photographs into evidence is because as recently as

11:11:55AM 1   March of this year he is photographed with $40,000 in cash.

2   We know during a very short period of time he withdrew the

3   money from those bank accounts that he obtained as part of

4   this scheme in the roundabout figure of a million dollars.  So

5   sure, we could guess that the money is fake money for the

6   purpose of bragging on social media, but the reality is we

7   know that he has a million dollars in cash he withdrew from a

8   bank account.  And he took that photograph while sitting in a

9   vehicle that was worth over $100,000.  So it's the

10  Government's contention that that cash is real; that is cash

11  the Defendant has access to and that is a concern for the

12  Government because that's the kind of money that the Defendant

13  could essentially disappear with.

14        He has a criminal history that contains fleeing and

15  attempting to elude, failure to appear out of Alabama --

16  although the disposition on those charges are not know, it is

17  contained on his pretrial services report.  He is also

18  currently on misdemeanor probation out of Coweta County for

19  fleeing and attempting to elude.

20        He has essentially demonstrated a flagrant disregard

21  for the law by continuing with this fraud scheme.  Up until

22  September of this year he's obtained over $200,000 in cash

23  continuing the same falsified auto loan applications.  I think

24  most concerning, Your Honor, is in his first interaction with

25  this Court in his pretrial services report when he sat down

11:13:40AM 1  with U.S. probation he has lied to probation.  The very

2  organization that would be responsible for monitoring him were

3  he to be on pretrial release.

4         He has listed is the employer as Hall Automotive

5  Corporation.  We know that Hall Automotive Corporation is not

6  a legitimate business, has never conducted any legitimate

7  businesses, has never submitted a W-2 from Hall Automotive

8  Corporation.  He lists R&M Automotive as his employer on his

9  lease application from last year.  He is also clearly not made

10  a full disclosure on his assets.  We know, again, he has

11  multiple bank accounts -- that's what the agent testified to

12  -- that are not indicated here on his financial disclosure.

13         He has even lied about what would be innocuous

14  details.  For instance he indicated on his pretrial services

15  report that his biological mother is Betsy Hall, when we know

16  that Betsy Hall is his grandmother.  He has indicated in his

17  pretrial services report that he has no contact with Alexis

18  Pritchett and that she resides in Missouri.  As the Court is

19  aware, Ms. Pritchett was here last week in Macon for her

20  initial appearance on charges with this Defendant for COVID

21  fraud because she actually resides in Columbus, Georgia.

22         Server that there's a piece of probation contained.

23         I'm not sure that there is a piece of information

24  contained in this pretrial services report that he elicited

25  that is, in fact, true beyond his criminal history; which we

11:15:36AM 1    were able to independently verify.  So all of that, Your

2    Honor, is extremely concerning to the Government.  And I will

3    just point to United States v. --[indecipherable]-- that's a

4    case out of the District of Montana.  In that case the court

5    found that detention is appropriate on three factors: 1) you

6    have a defendant who is unemployed with a sporadic work

7    history; you had a defendant who purposely divested himself of

8    assets; and then you had a defendant who displayed a militant

9    lack of responsibility evident in conduct that he was charged

10    with.  Just those three factors alone supported flight and

11    supported detention.  Here you have so much more than that.

12    This Defendant presents all the hallmarks in terms of a flight

13    risk.  The government does have significant concerns were he

14    to be released we would never see him again.

15            Second, turning to the danger prong.  The text

16    messages and the images that were shared about Agent Vertap

17    [phonetic].  I understand that those text messages themselves

18    did not contain any overt threats, but it went beyond a simple

19    Google search to determine whether Agent Vertap was a

20    legitimate member of the FBI.  It was Marquarias Hall who

21    located her personal home address in voluminous tax records

22    and shared that with codefendant.  It was Marquarias Hall who

23    identified her husband and identified the name of the children

24    through Facebook.  These images were shared back and forth

25    with the codefendant.  He possessed images of the agent's

11:17:32AM 1    children.  I understand there was no overt threat there, but

2    the Government finds that behavior disturbing concerning.

3           More importantly than that, Your Honor, I think that

4    case law is extremely clear that danger is not limited to

5    physical harm.  Danger for the purposes of the Bail Reform Act

6    also involves financial, pecuniary harm.  And this Defendant

7    has displayed an ongoing financial harm to this community in

8    that in September of 2024 he obtained $200,000 in fraudulent

9    loans from Navy Federal Credit Union.

10           This is an individual who has held himself out to

11    this community as a legitimate businessmen, who was offered

12    mentoring services, and I'm not challenging the legitimacy of

13    that business.  My argument is that he's offered himself out

14    to this community as a successful business person when in

15    reality all he is a conman.  He has never been a legitimate

16    business person earning this kind of income and yet he has

17    solicited individuals and held myself out in that manner.

18           Marquarias Hall is just an individual who is going

19    to look for a quick payout.  And he's clearly used other

20    people in order to obtain that payout.  That makes him a

21    financial danger to this community, Your Honor.  For all of

22    those reasons, Your Honor, we believe that detention is

23    appropriate.

24           THE COURT:  One question:  From what Agent Paul

25    testified the bank records show that deposits from USAA and

11:19:26AM 1    Navy Federal Credit Union to various bank accounts owned by

2    Mr. Hall totaled $3.7 million; and also testified that between

3    2021 and 2022 that $1.2 million was withdrawn in cash?

4            THE AUSA:  That is correct, Your Honor.

5            THE COURT:  Do we know what happened to the other

6    $2.5 million; where did that go?

7            THE AUSA:  There was tracing, Your Honor.  Some of

8    that moved between different accounts.  Some of that money was

9    also used to pay both Jasmine Grimes and Quine Gray.  I

10   believe about $400,000 went to payments to them.  The money

11   did move through different accounts and we were able to trace

12   how some of that money was spent.  I would need to have the

13   agent to testify to the specifics of how that money was spent,

14   but we were able to suspend trace the spending as well, Your

15   Honor.

16           THE COURT:  All right, Mr. Debrow for the Defense.

17           DEFENSE COUNSEL:  Yes, judge.  I will start by

18   saying the Government relies a lot on the charge in this case

19   to establish things as far as my client's behavior.  My client

20   carries his presumption of innocence into all of these things.

21    These aren't things that he has had an opportunity to

22   meaningfully respond to.  He has not had an opportunity to

23   review, or counter-investigate, or anything along those lines

24   pertaining to these allegations that are made; and they are

25   simply allegations at this point.

11:21:29AM 1          We understand that the agent who took the stand here

2     wasn't even a part of the inception of the case, but picked up

3     the file somewhere in the middle of it and has pretty much

4     taken information passed to her from other agents; which is

5     common, but another reason why I would say that this

6     information that we are talking about has concluded that my

7     client has committed these offenses, did these things, and has

8     committed any unjust acts; and that determination has not been

9     made yet.  So for the Court to make a determination based upon

10    an officer's statement that my client committed fraud or is a

11    fraud, it's premature at this point because he is still not

12    guilty.

13          I would also want to speak to the very large burden

14    that the Government has here and it's a clear and convincing

15    standard.  I remind the Court that there's no

16    --[indecipherable]-- presumption in this case, which means

17    that by clear and convincing evidence we weigh these things.

18    They can't merely suggest or point to the possibility of my

19    client being a flight risk or being a danger to the community

20    to establish this very high, high standard.

21          I would like to go through a lot of the reasons why

22    I believe it's impossible for the Government to reach this

23    idea of my client being a substantial risk of flight or

24    serious risk of flight.  First, Mr. Hall was born and raised

25    in the community, here in the Columbus area in the Middle

11:23:33AM 1    District.  It's pretty much all he knows.  He's lived other

2    places in Georgia pretty much as far as Atlanta, but Georgia

3    is home.

4            There's no addresses overseas.  There's no extensive

5    family ties to other places.  And in addition to that I'm also

6    pointing out that his family for generations has lived in the

7    Columbus area; that's his parents, that his grandparents who

8    are all getting up in age.  He has a significant relationship

9    with them and cares to be around them.

10            Judge, I remind the Court that this isn't a new

11    situation for Mr. Hall.  They have been investigating this for

12    a couple of years now.  If it were high tail it out of here

13    and get out of here, he had every opportunity to do so.

14    They're saying this man had millions of dollars in this

15    pocket, and in his hands, and withdrawn and then at the same

16    time saying he's a flight risk.  Well, I think it's completely

17    counter to reason that he would stay around if he had millions

18    of dollars and it was actually his intent to leave.  I think

19    if anything, that speaks even more to show that he does not

20    intend to leave and that he actually has significant ties here

21    which prevent him from leaving.  I will also continue by

22    saying he has a son locally in the Columbus area who is five

23    years old.  His name is Jordan.  He serves as a provider for

24    his son.  He's never lived outside of the State of Georgia.

25            Whatever the Government wants to say at this point

11:25:21AM 1    -- which has not been proven about his businesses -- what can

2    also be said is that he has gone through the trouble of being

3    in compliance with these companies.  He has gone through the

4    trouble of getting business licenses with these companies.  He

5    has gone through the trouble of actually being at these

6    locations to the extent of where he is collecting and getting

7    ownership interest in these places, places that actually

8    conduct business.

9          Cru is a club in Columbus that people that actually

10   go and attend.  It's not a shadow place where no one's ever

11   visited.  People actually go there in the evening time.  It's

12   an actual viable business in the City of Columbus that he is

13   on record to be an owner of.  It's hard to say that that

14   doesn't help to establish a tie to the community.

15         In addition to that judge, I would like to point out

16   that Mr. Hall is locally educated in the City of Columbus.  He

17   went to Jordan High School.  He graduated from there in 2012.

18   He got his AA from Columbus Tech in Systems Technology.  He

19   began attending school at Columbus State University for

20   Business Management.  He is still working to finish that.  His

21   ties further extend to he attends church in the community.  He

22   attends North Highland Baptist Church under Pastor Reed.  He

23   has attended there since the sixth grade.

24         Something else I think it's important for the Court

25   to consider is that he has hired an attorney for this case.  I

11:27:12AM 1    think that also speaks to lack of desire to risk, be a flight

2    risk and leave.  I mean he retained an attorney very early on

3    to deal with the preliminary stages and even now he has

4    retained counsel in this case where he is looking to face

5    whatever it is that the Government wants to bring up against

6    him and offer his Defense, and offer his side of the story.

7    And I believe he should be given an opportunity to do that.

8         In addition to that judge, I would also say that I

9    think we must note that his awareness of these charges for as

10   long as he's been aware of them also speak to whether or not

11   he actually wanted to leave or not leave.  And the fact that

12   he stayed, the fact that he hasn't tried to run from it, the

13   fact that he hasn't gone underground with all the money that

14   they are saying he has so that he can no longer be found by

15   anyone.  He was readily assessable at the time in which he was

16   arrested.  He came into custody willingly.  He had a lawyer

17   that was in communication with law enforcement, which was also

18   part of the testimony.  These are not thing that people who

19   are serious risks of flight actually do.  To speak to some of

20   the other things that the Government pointed out about my

21   client's criminal history I think we should look at that.

22         He has had a history of complying with court orders.

23   Even the failure to appear that we're talking about on the

24   side of the pretrial services report, that was not for not

25   coming to court at all.  He appeared late and even in that

11:29:29AM 1    case he carried that case out to resolution.  And in the

2    misdemeanor case in Coweta County where he was charged with a

3    misdemeanor fleeing and attempting to elude, he complied with

4    the probation that they sentenced him to.  He has paid the

5    fines and fees.  He has not been in violation of that.  He has

6    abided by the Court's order.  I think that's a great way to be

7    able to examine whether or not the Court can give him or tell

8    him to do something and he will work to do it.  I think that's

9    what we're measuring here.

10            Also on this theft by receiving case from February

11    2011 and for the entering auto case, he completed probation

12    successfully on all of his other cases.  He even completed

13    first offender on the entering auto case.  These aren't

14    indicators that a person cannot follow the Court's orders.

15    These are indications that a person actually received the

16    court order, followed those Court orders, and executed them

17    and completed probation; which is why he does not have any

18    felonies on his record.

19            But there was something in the pretrial services

20    report that my client contested and had issue with.  And

21    attempted to speak with the probation officer before we

22    started, but if you go to page 5 there is something that seems

23    a little peculiar; that on August the 22nd of 2019 and

24    August the 22nd of 2024 that's alleging the same offense and

25    it's talking about two different locations.  I think what may

Joan Drammeh * Federal Reporter * 706-653-1097

11:31:34AM 1   explain some of the ways, I contacted the office of the

2   district attorney and I was able to have them set docket.

3   There's a Houston County in Alabama which may explain why

4   Houston, Georgia may have been a mixup.  But that case both

5   08-22-2019 and something that they are saying happened

6   08-22-2024.  My client is saying he was never arrested in

7   2024.  But there was that case in 2019 and it's my

8   understanding from what was provided by Houston County

9   District Attorney's Office that it was dismissed.  I feel like

10  that's important for the Court to understand. --[inaudible]--

11  and I believe that that in some way explains what's going on

12  those dates being the exact same in completely different

13  locations four years apart from each other.  We believe that

14  that was actually -- that those charges were dismissed against

15  Mr. Hall.

16       THE COURT:  All right, anything else from the

17  Government?

18       THE AUSA:  No, Your Honor.

19       DEFENSE COUNSEL:  Judge, I wasn't done.  I also need

20  to speak to the danger component.  I think that's a part of

21  the next place I wanted to discuss, which was he is not a

22  danger to the community.  His history doesn't indicate so.

23  For the Court to take that a position would be to adopt the

24  position from the Government that is not proven, that we have

25  had a chance to counter-investigate.

11:34:33AM 1            His criminal history consists of misdemeanors not a

2    bunch of charges that look of the same view, or the same type,

3    or the same modus operandi of this particular situation.

4    Nothing on his history seems to say that.  He has no violent

5    charges in this history judge.  He does not use drugs.  He has

6    no drug history at all.  He has no drug affiliations so

7    anything that can silently be implied by these pictures had

8    almost two years to play out and it hasn't.  So here we go

9    again just kind of pointing to the possibility of something.

10            I just want to remind the Court the standard is

11    clear and convincing.  You can't get there by simply alluding

12    to the possibility that something happened in past.  There has

13    to be: has there been directly any contact; have there been

14    any threats; have there been anything that could be asserted

15    by my client either through himself or through someone else to

16    communicate a threat toward this officer?  Which I guess these

17    pictures are supposed to imply his danger.  And the answer

18    was, no, not to her knowledge.  It has not communicated to her

19    from anybody else.  I think that that speaks to the fact that

20    there's been no intention to do so.

21            I will also say that my client has been out of the

22    country since this case has started.  He's gone as far as

23    Mexico and he has come back.  He's known these things have

24    been happening.  These charges were hanging in the air.  If he

25    wanted he was already in Mexico judge.  He could have stayed

11:36:31AM 1    if he wanted.  He didn't.  Like these are all the reasons why

2    it's hard to come to the conclusion by clear and convincing

3    evidence that there was no conditions that this Court can give

4    to keep my client from being a risk of flight.  I don't

5    believe that that's a question.

6         And I don't believe that there is enough here

7    dangerous side established by history and actually established

8    things that my client has actually participated in that's been

9    produced to the Court that established that he is a danger.  I

10   will also note that although my client is the one that's

11   brought under the ringer in this case, everybody else's

12   charged in this indictment -- many of the people in this

13   indictment -- are charged with the exact same counts as my

14   client is charged with; and none of them even had to have a

15   detention hearing.

16        In fact, they were all allowed to just be out on

17   their own recognizance.  They have all have the same $10,000

18   unsecured bond, but for some reason my client is targeted to

19   the extent that we have to have a hearing for it; and that for

20   some reason I believe because they think he has all of this

21   money is why he should not be able to be out.  And I say if

22   that's true judge he has had this on him the whole time, but

23   he's still here.  He is not a threat to go anywhere.  He's not

24   a threat to harm anyone at least not as the evidence has

25   shown.

11:38:15AM 1       So we would ask the Court to issue him like all the

2    other the Defendants in this case an unsecured bond in the

3    amount of $10,000 and all of the other requirements that have

4    been placed on the other Defendants in the case; and give him

5    the opportunity to address the Court and fight his charges in

6    the same way that everyone else in this case has been given

7    the opportunity; that he not be separated out based upon

8    things that have been outlined today, which could have easily

9    been attributed to some of the other individuals including Ms.

10    Grimes who actually sent him the pictures that we are supposed

11    to be concerned about.

12       It wasn't as alarming that Ms. Grimes sent the

13    pictures to Mr. Hall, but nevertheless because Mr. Hall got

14    the pictures all of a sudden that's concerning to the point

15    where he is a danger. I believe that if it was a danger for

16    her to send them and have them -- it should have been the same

17    here, but it wasn't judge -- and I think it's because my

18    client is being targeted. So because of that judge, I am

19    asking and requesting that you give him an unsecured bond in

20    the same amount of the other defendants and allow him to

21    --[indecipherable]--

22       THE COURT: All right, well, let's go through the

23    Bail Reform Act and start off with the case that the

24    Government has brought a motion under Section 3142F2 based on

25    a serious risk that the Defendant will flee.

11:40:04AM 1        I think the Government has established that

2  threshold risk to open the detention proceedings even though

3  this is not a rebuttal presumption case, there are specific

4  code sections that are outlined 3142F1.  So that gets us into

5  the detention hearing and then once we're in that we have two

6  burdens of proof.  Mr. Debrow, you got that a little bit

7  wrong.  Clear and convincing evidence is the burden of proof,

8  but for Government to show that there's no condition or

9  combination of conditions of release that would sufficient to

10  secure the safety of the community.

11        DEFENSE COUNSEL:  That is correct judge.

12        THE COURT:  But as to the risk of flight that's a

13  preponderance of the evidence standard; that's not specified

14  in the Bail Reform Act itself, but under the case law that

15  just defaults to the prior standard of bail cases before 1984.

16  So we have those two standards to deal with.

17        We will start with the danger to the community

18  because that is the higher burden of proof and I don't think

19  the Government has me that the clear and convincing evidence

20  as to danger to the community.  I do want to comment on that

21  though.  If it hadn't been for the 20 months between the time

22  that those photographs were -- that that evidence was --

23  obtained and now without incident I probably would be a lot

24  more concerned about that.  My understanding of the testimony

25  of Agent Paul was the beginning of the conversation was from

11:41:57AM 1    Mr. Hall to Ms. Grimes providing the case agents business card

2    and some screenshots of social media accounts from the mother

3    and husband.  And then Ms. Grimes went out from there and

4    rounded up these photographs of the children and the husband.

5    You can say what you want.  My inference from that is that

6    they are there thinking maybe we need to do something about

7    that.

8        I think probably they realized that that was not a

9    very useful strategy, but certainly I don't want to belittle

10    that.  That's something that raises a lot of concern from me

11    and it may factor in to some of my concerns about risk of

12    flight and the indication that this is a Defendant who was

13    looking for ways out.  And that investigation didn't go

14    anywhere, but it certainly raises concerns.

15        The bigger concerns for me are about risk of flight

16    and so getting into that.  I will go into some of the positive

17    aspects.  The Defendant has pointed out there's not a

18    significant criminal history in the case.  Some misdemeanor

19    charges, they are kind of theft and fraud type charges that

20    are consistent with some of the allegations in this case, but

21    that in itself wouldn't be enough to warrant detention.

22        There is of course the Defendant's history in the

23    community going back, but I also have significant evidence

24    from the Government about a Defendant who is for lack of a

25    better word a slippery character.  Let me may say this going

11:44:05AM 1    to the factors in 3142 G. the nature and circumstances of the

2    offense.  It's not a crime of violence, or control substance,

3    firearm, explosives, or destructive device.  It doesn't

4    involve a minor victim.  It does involve a pattern of very

5    sophisticated deception.

6         And the weight of the evidence, again, as we always

7    point out in these; this is not a trial of the case.  This is

8    early on.  The Defense hasn't had a chance to review discovery

9    and sift through investigate defenses in the case.  Although a

10   lot of the Government's evidence really comes down to pretty

11   simple math, you know, dollars in -- $3.7 million into

12   multiple bank accounts that were maintained by this Defendant

13   over a period of about two years coming from USAA and Navy

14   Federal Credit Union for car loans where there weren't any

15   cars.  And $1.2 million of that was withdrawn as cash over a

16   two-year period and is unaccounted for.  And there aren't as

17   the Government pointed out, there aren't any apparent assets

18   to indicate where that cash has gone.  The Bail Reform Act

19   indicated that the Defendant had about $350,000 worth of cars,

20   but my understanding from the testimony here today is that

21   those were all obtained through loans so that most of them --

22   the most expensive one I understand -- has already been

23   repossessed.  And then the others it sounds like they are in

24   the process of being repossessed by the lenders.  So that

25   doesn't account for where that money went.

11:46:48AM 1           The evidence also indicates that there were a

2    number, I don't remember the exact number.  My recollection is

3    Agent Paul didn't remember the exact number.  It was somewhere

4    in the neighborhood of 15 different business entities that

5    were registered.  Mr. Debrow, you keep mentioning that they

6    are in compliance.  That just means there's a document filed

7    that says there's this business.  But they are not in

8    compliance, from what the agent testified, they're not in

9    compliance with anything else.  There's no records filed with

10   the IRS, with the Department of Labor, the Department of

11   Revenue to indicate any kind of business activity, any

12   employees being paid; Mr. Hall himself being paid at all.  No

13   indication that he filed any tax returns for any of these

14   businesses or for himself to account for $3.7 million worth-of

15   income.

16           It sounds like from Agent Paul's testimony that many

17   of these businesses, their business address were actually

18   residential addresses.  By at least the preponderance standard

19   that I'm working with here these all seem to be fake

20   businesses.  We have multiple addresses associated with this

21   Defendant and even the Defense conceded that those were in

22   Newnan, Atlanta, Powder Springs, Columbus, all over the State

23   various residences that have been tied to his name.  We have

24   evidence from the Government that at least one of those

25   residences recently has been obtained using fraudulent Social

11:48:50AM 1   Security number, fraudulent income information, forged bank

2   records. And we also have evidence that Mr. Hall has used a

3   pseudonym of Tevon Carter at times to obtain rental cars if

4   nothing else.

5         When I add all of that together, particularly when

6   there seems to be over a million dollars in cash out there

7   somewhere that Mr. Hall has access to and the ability to forge

8   documents, forge identities; that's not somebody that I can

9   comfortably release on conditions of release. I don't have

10   any confidence that those conditions of release would be

11   sufficient to secure the Defendant's appearance for trial.

12         And just finally to respond to one argument from the

13   Defense that he's been aware of this investigation for

14   apparently around two years and hasn't fled yet. That is

15   something that is certainly a consideration in the case but

16   the calculus changes once his trial date approaches, and the

17   evidence starts to become more into focus, and the reality of

18   the potential sentence of up to 30 years is closer and closer.

19   I think with the resources and you throw in at the end that

20   the Defendant has been to Mexico since this investigation has

21   been going on. I don't know what inference to draw from that,

22   but that's a concern as well.

23         So all of that together I do find by a preponderance

24   of the evidence that the Government has met its burden in

25   showing by preponderance of the evidence that there's no

11:51:45AM 1    condition or combination of conditions of release that would

2    be sufficient to secure the Defendant's appearance at trial.

3    I will grant the Government's motion for detention and order

4    that you remain in custody with the U.S. Marshal Service while

5    this case is pending for trial or other resolution.

6              DEFENSE COUNSEL:  Judge, if I may?

7              THE COURT:  Yes.

8              DEFENSE COUNSEL:  I am not sure if the Court

9    considered the house arrest option and the ankle monitoring

10   options.  Like if it's the flight risk that's the concern, the

11   surrendering of the passport, like there are certain things

12   that even if he had a significant amount of money it would not

13   be able to remove an ankle monitor; it wouldn't be able to

14   keep the Court from being able to track him; it wouldn't defy

15   an order from house arrest.

16             The fact that he's actually shown that he would do

17   what the Court asked to do in the successful completions of

18   probation.  Has the Court considered any of these things as

19   his ability to be compliant upon the Court's request and as

20   conditions that the Court could set as opposed to I guess just

21   the blanket understanding that because there's an amount of

22   money that is unaccounted for that there aren't physical

23   restraints outside of being inside of the Marshal's custody

24   that can be a placed on Mr. Hall that could also limit is

25   ability to be and go anywhere differently?  Has the Court

11:53:43AM 1    considered those things?

2            THE COURT:  Yes, I have.  I always do.  When I say

3    no condition or combination of conditions of release are

4    sufficient I go though in my mind what about an ankle monitor;

5    what about setting a bond.  What if I set a 1.2 million bond

6    in the case for example?  Various things like that I did

7    consider those.  I think give the sophistication of this

8    Defendant, the resources that he has, the skills that he has,

9    the pattern of dishonesty; all of those considered I just

10   think that any of those conditions could easily be abated.

11   I've certainly had Defendants disappear on ankle monitors

12   before; that is not a perfect solution.

13           It might take us an hour to find the broken ankle

14   monitor and he can get a long away.  So I have considered

15   those.  I always do.  That's is certainly part of my duty in

16   doing this.  I think for those reasons that I've outlined

17   already I don't think that any of those conditions will

18   satisfy my concerns about risk of nonappearance in the case.

19   So I'm going to enter an order of detention in the case.

20           All right, anything else Government Ms. Hansis in

21   this case?

22           THE AUSA:  No, Your Honor, thank you.

23           THE COURT:  Anything else from the Defense?

24           DEFENSE COUNSEL:  Nothing at this time judge.

25           THE COURT:  All right, very good.  That concludes

11:55:23AM 1    our business in the case 4:24-CR-00034 and 31.  Mr. Debrow and

2    Ms. Hansis you all are both excused at this time.

3              DEFENSE COUNSEL:  Thank you judge.

4

5

6

7

8

9

10

11

12

13                   (Proceedings concluded.)

14                      END OF RECORD

15

16

17

18

19

20

21

22

23

24

25

8:24:29AM 1          CERTIFICATE OF OFFICIAL REPORTER

2

3                I, Joan Drammeh, Federal Official Court

4    Reporter, in and for the United States District Court for the

5    Middle District of Georgia, do hereby certify that the

6    foregoing is a true and correct transcript to the best of my

7    knowledge and ability from the digitally recorded recording

8    provided in the above-entitled matter and that the transcript

9    page format is in conformance with the regulations of the

10   Judicial Conference of the United States.

11

12

13   Dated this 21ST day of NOV, 2024

14

15

16   *Joan Drammeh*

17

18   JOAN DRAMMEH, CVR, CCR

19   FEDERAL OFFICIAL COURT REPORTER

20

21                                        

22   MY COMMISSION EXPIRES:
     APRIL 1, 2025

23

24

25

BY DEFENSE COUNSEL: [2]  26/24
40/17
BY THE AUSA: [11]  5/15 9/14 10/23
13/13 15/14 16/8 17/24 19/22 25/11
26/4 38/5
COURTROOM DEPUTY: [4]  5/4 5/8
42/16 42/19
DEFENSE COUNSEL: [25]  3/13 3/16
3/24 4/2 4/18 12/11 12/16 13/3 15/12
17/20 19/20 25/9 26/2 37/25 41/24
42/9 42/13 43/1 49/17 55/19 59/11
64/6 64/8 65/24 66/3
THE AUSA: [25]  3/10 3/17 4/16 4/21
12/8 12/24 13/10 15/10 16/6 17/18
17/22 19/18 25/7 26/20 38/3 42/2 42/5
42/14 42/22 43/3 43/6 49/4 49/7 55/18
65/22
THE COURT: [43]  3/2 3/15 3/20 3/25
4/4 4/19 5/3 9/10 10/22 12/15 12/21
13/1 13/5 13/12 15/13 16/7 17/21
17/23 19/21 25/10 26/3 26/22 38/2
40/15 41/25 42/4 42/7 42/10 42/15
42/20 42/24 43/2 43/5 48/24 49/5
49/16 55/16 58/22 59/12 64/7 65/2
65/23 65/25
THE WITNESS: [2]  5/7 5/9

## $

$1,500 [1]  25/23
$1.2 [3]  22/10 49/3 61/15
$1.2 million [3]  22/10 49/3 61/15
$10,000 [2]  57/17 58/3
$10,200 [2]  23/5 28/15
$100,000 [1]  45/9
$104,000 [1]  8/10
$16,000 [1]  8/14
$2.5 [1]  49/6
$2.5 million [1]  49/6
$200,000 [3]  21/7 45/22 48/8
$3.4 [1]  22/5
$3.4 million [1]  22/5
$3.7 [5]  7/16 44/13 49/2 61/11 62/14
$3.7 million [5]  7/16 44/13 49/2 61/11
62/14
$350,000 [1]  61/19
$4,520 [1]  16/22
$40,000 [1]  45/1
$400,000 [1]  49/10
$50,000 [1]  8/11
$500 [1]  25/23
$58,000 [1]  8/15
$71,000 [1]  26/14
$8000 [1]  23/1

## 0

00001 [1]  9/1
00034 [3]  3/4 6/2 66/1
08-22-2019 [1]  55/5
08-22-2024 [1]  55/6

## 1

1-8 [1]  10/25
1.2 million [1]  65/5
10 [2]  3/14 29/8
1099s [2]  17/9 17/11
11 [1]  29/8
1119 [1]  15/20
11th [1]  20/25
12 [1]  29/8

13 [3]  6/4 13/15 29/9
14 [1]  29/9
15 [3]  23/8 29/9 62/4
18 [2]  23/23 35/2
1821 [1]  5/25
19 [2]  14/17 15/11
1984 [1]  59/15

## 2

20 [3]  16/10 17/19 59/21
2011 [1]  54/11
2012 [2]  16/23 52/17
2019 [10]  17/9 17/10 17/12 17/13 20/3
20/5 22/19 54/23 55/5 55/7
2020 [1]  43/19
2020-2021 [1]  44/8
2021 [6]  17/12 22/10 22/17 25/5 44/8
49/3
2022 [10]  5/21 6/5 15/9 15/9 19/24
22/10 22/17 22/18 43/19 49/3
2023 [7]  9/20 10/12 17/9 19/13 20/25
30/14 36/23
2024 [11]  1/5 17/11 17/14 20/25 21/1
25/5 48/8 54/24 55/6 55/7 67/13
20th [1]  10/12
21 [2]  18/1 19/19
2100 [3]  15/19 23/3 23/10
21ST [1]  67/13
22 [2]  24/17 27/20
22nd [2]  54/23 54/24
23 [1]  27/20
23rd [1]  10/13
24 [1]  27/20
246 [1]  1/19
25 [1]  27/20
26 [2]  24/17 27/20
26th [1]  20/25
27 [3]  25/16 26/1 27/1
28 [1]  1/5
2s [5]  17/9 17/11 17/13 39/25 40/11

## 3

30 [1]  63/18
300 [1]  1/13
30263 [1]  1/19
31 [2]  3/4 66/1
31201 [1]  1/13
3142 [1]  61/1
3142F1 [1]  59/4
3142F2 [1]  58/24
3511 [1]  1/14

## 4

400 [1]  1/13
4251 [2]  23/15 24/4
4403 [1]  1/20
470-683-4403 [1]  1/20
478-752-3511 [1]  1/14
4:00 [1]  42/11
4:24-CR-00001 [1]  9/1
4:24-CR-00034 [3]  3/4 6/2 66/1
4:24-cr-00034-CDL-CHW [1]  1/4

## 5

5th [1]  15/9

## 6

640 [1]  6/24
6th [2]  15/9 16/23

## 7

70 [1]  7/15

## 8

80 [1]  33/21

## 9

9-19 [1]  15/11

## A

AA [1]  52/18
abated [1]  65/10
abided [1]  54/6
ability [5]  43/12 63/7 64/19 64/25 67/7
able [24]  15/22 16/25 17/3 17/6 19/3
20/14 21/25 22/6 22/24 23/6 23/10
23/13 31/10 36/24 43/23 47/1 49/11
49/14 54/7 55/2 57/21 64/13 64/13
64/14
about [37]  5/5 8/3 20/6 21/22 23/15
23/23 24/12 26/5 30/3 30/8 31/7 34/12
34/25 35/9 35/23 36/14 40/7 43/19
46/13 47/16 49/10 50/6 52/1 53/20
53/23 54/25 58/11 59/24 60/6 60/11
60/15 60/24 61/13 61/19 65/4 65/5
65/18
above [1]  67/8
above-entitled [1]  67/8
access [2]  45/11 63/7
account [17]  7/13 9/18 10/7 11/9 12/5
12/23 18/18 18/19 22/4 24/14 25/18
26/15 26/16 44/14 45/8 61/25 62/14
Accountant [1]  21/21
accounts [18]  7/4 10/6 18/18 21/17
21/19 21/22 21/25 22/11 25/13 26/13
28/4 45/3 46/11 49/1 49/8 49/11 60/2
61/12
acquired [3]  21/23 26/18 44/13
Act [4]  48/5 58/23 59/14 61/18
active [1]  32/14
activities [1]  34/2
activity [1]  62/11
acts [1]  50/8
actual [3]  14/3 29/13 52/12
actuality [1]  6/19
actually [27]  6/15 12/13 27/9 27/11
28/2 28/4 28/23 29/17 38/22 39/14
40/4 46/21 51/18 51/20 52/5 52/7 52/9
52/11 53/11 53/19 54/15 55/14 57/7
57/8 58/10 62/17 64/16
add [1]  63/5
addition [5]  41/3 44/9 51/5 52/15 53/8
additional [4]  7/8 14/4 20/24 37/18
additionally [5]  13/24 17/9 18/21 19/5
26/12
address [24]  10/10 11/22 11/23 15/19
15/22 18/22 18/22 23/16 23/18 23/23
23/24 24/1 24/4 24/7 24/8 24/9 33/21
33/24 34/7 38/13 43/9 47/21 58/5
62/17
addresses [9]  23/6 33/23 35/16 35/17
35/21 35/22 51/4 62/18 62/20
addressing [1]  43/9
admit [7]  12/9 12/12 15/11 17/19 19/19
25/25 25/25
admitted [7]  13/6 13/9 15/13 17/21
19/21 25/10 26/3
adopt [1]  55/23
advertisement [4]  25/17 25/20 27/3
28/5

A

affiliations [2] 6/25 56/6
after [4] 7/4 26/12 30/8 42/11
afternoon [1] 5/2
again [11] 4/11 11/24 14/2 14/19 19/15
25/1 41/11 46/10 47/14 56/9 61/6
against [2] 53/5 55/14
age [3] 11/19 23/24 51/8
agent [33] 2/2 4/25 5/11 5/16 5/19 10/1
10/24 10/25 12/25 13/14 13/21 14/3
14/17 15/15 16/9 17/25 19/23 29/22
30/20 30/24 32/5 36/16 41/25 46/11
47/16 47/19 48/24 49/13 50/1 59/25
62/3 62/8 62/16
Agent Paul [1] 41/25
agent's [6] 10/3 10/5 11/13 11/15 29/22
47/25
agents [3] 36/11 50/4 60/1
ago [2] 3/6 30/17
agreement [4] 16/3 16/16 40/8 43/20
ahead [2] 4/15 5/2
air [1] 56/24
Alabama [2] 45/15 55/3
alarming [1] 58/12
Alexis [1] 46/17
alias [1] 15/5
aliases [1] 43/11
all [48] 3/15 4/5 4/15 5/3 13/4 15/13
18/17 20/19 28/18 33/25 35/16 37/25
41/24 41/25 42/12 42/16 44/16 47/1
47/12 48/15 48/21 49/16 49/20 51/1
51/8 53/13 53/25 54/12 55/16 56/6
57/1 57/16 57/17 57/20 58/1 58/3
58/14 58/22 61/21 62/12 62/19 62/22
63/5 63/23 65/9 65/20 65/25 66/2
allegations [3] 49/24 49/25 60/20
alleging [1] 54/24
allow [1] 58/20
allowed [1] 57/16
alluding [1] 56/11
almost [1] 56/8
alone [3] 32/22 44/12 47/10
along [2] 10/8 49/23
already [4] 4/10 56/25 61/22 65/17
also [51] 4/9 6/24 8/5 8/10 8/21 11/7
12/2 12/7 15/15 16/24 18/7 18/25 19/3
20/23 21/11 21/18 22/6 24/9 24/13
26/8 27/20 31/19 32/19 34/12 34/22
35/9 38/23 40/12 41/8 44/24 45/17
46/9 48/6 49/2 49/9 50/13 51/5 51/21
52/2 53/1 53/8 53/10 53/17 54/10
55/19 56/21 57/10 60/23 62/1 63/2
64/24
although [3] 45/16 57/10 61/9
always [1] 61/6 65/2 65/15
am [11] 3/10 15/12 25/1 26/7 32/2 32/6
33/10 34/15 34/21 58/18 64/8
AMERICA [1] 1/4 18/12 18/17 18/24
amount [6] 21/6 25/1 58/3 58/20 64/12
64/21
analysis [2] 21/19 26/13
ankle [5] 64/9 64/13 65/4 65/11 65/13
annual [3] 38/23 39/1 39/5
another [3] 11/25 34/13 50/5
answer [1] 56/17
answering [1] 37/16
any [73]
anybody [2] 29/5 56/19
anyone [2] 53/15 57/24
anything [18] 17/8 17/10 28/10 30/7

30/8 30/9 30/23 36/14 38/2 41/14
49/23 57/18 58/16 58/7 56/14 63/9
65/20 65/23
anywhere [5] 18/23 35/14 57/23 60/14
64/25
apart [1] 55/13
apartment [9] 15/20 16/5 16/12 18/4
19/15 23/2 43/14 43/23 43/24
Apartments [1] 15/16
apparent [1] 61/17
apparently [1] 63/14
appear [4] 12/18 19/5 45/15 53/23
appearance [3] 46/20 63/11 64/2
APPEARANCES [1] 1/11
appeared [5] 11/17 21/13 25/14 26/11
53/25
appears [9] 13/24 20/2 21/12 24/25
25/3 26/18 27/3 27/7 30/16
Apple [6] 9/18 11/8 12/22 14/20 19/6
29/11
application [8] 8/20 16/2 16/12 16/19
17/15 19/12 43/14 46/9
applications [9] 6/21 7/1 7/15 7/19 8/16
8/18 8/22 20/24 45/23
applied [1] 18/4
apply [2] 6/13 31/18
approach [5] 9/9 10/21 13/10 16/6
17/22
approaches [1] 63/16
approaching [1] 30/17
appropriate [2] 47/5 48/23
approved [1] 7/3
Approximate [1] 22/5
approximately [12] 7/15 7/16 8/10 8/11
8/14 8/15 21/5 21/7 22/3 22/10 23/5
26/14
approximation [1] 28/15
April [2] 6/5 36/23
are [83]
area [6] 35/21 35/23 37/21 50/25 51/7
51/22
aren't [5] 49/21 54/13 61/16 61/17
64/22
argument [8] 42/6 42/11 42/21 42/22
42/25 43/4 48/13 63/12
around [7] 9/20 10/12 10/14 27/16 51/9
51/17 63/14
arrest [2] 64/9 64/15
arrested [2] 53/16 55/6
arrive [1] 3/24
as [70]
ask [7] 20/6 23/15 24/12 25/12 26/5
40/7 58/1
asked [3] 15/2 37/8 64/17
asking [5] 9/11 19/9 29/5 37/20 58/19
aspects [1] 60/17
asserted [1] 56/14
assessable [1] 53/15
assets [7] 22/24 44/11 44/19 44/23
46/10 47/8 61/17
assistance [1] 8/6
assisted [1] 43/25
associated [16] 7/25 18/23 20/7 20/19
22/14 23/7 23/21 26/8 26/10 31/24
33/23 38/18 39/4 39/19 39/25 62/20
at [47] 6/14 7/23 8/1 11/15 13/4 16/2
16/20 20/5 21/23 22/15 23/2 23/16
23/18 23/24 24/9 26/21 28/18 30/19
33/25 34/6 37/8 37/14 39/13 39/15
40/9 44/15 44/15 44/8 49/25 50/11

51/15 51/25 52/5 52/19 53/15 53/21
53/25 56/6 57/24 62/12 62/18 62/24
63/3 63/19 64/2 65/24 66/2
Atlanta [5] 35/19 35/21 35/23 51/2
62/22
attached [2] 11/2 31/22
attempt [3] 7/12 37/15 37/20
attempted [2] 32/14 54/21
attempting [3] 45/15 45/19 54/3
attend [1] 52/10
attended [1] 52/23
attending [1] 52/19
attends [2] 52/21 52/22
attorney [9] 1/15 1/16 1/17 1/21 37/10
37/15 52/25 53/2 55/2
Attorney's [2] 37/12 55/9
attributed [1] 58/9
August [3] 16/23 54/23 54/24
authenticated [1] 13/8
authentication [2] 12/14 13/1
authenticity [2] 25/2 27/22
auto [9] 6/13 6/16 6/21 7/16 7/19 26/17
45/23 54/11 54/13
Automotive [27] 7/19 7/21 16/23 19/1
19/9 20/8 20/20 20/20 21/11 24/1 24/5
31/25 32/1 32/7 32/23 33/5 38/6 38/7
39/13 40/7 40/9 40/11 40/18 46/4 46/5
46/7 46/8
avoid [1] 37/16
aware [21] 4/11 30/21 30/22 31/1 32/2
32/4 33/10 33/14 34/12 34/19 34/21
34/22 35/8 35/15 37/2 41/16 44/19
44/20 46/19 53/10 63/13
awareness [1] 53/9
away [3] 35/19 35/24 65/14

B

back [11] 7/5 7/14 10/19 10/20 22/19
29/8 30/14 42/19 47/24 56/23 60/23
bail [5] 48/5 58/23 59/14 59/15 61/18
Bail Reform [1] 58/23
balance [1] 22/12
bank [24] 6/4 6/4 6/25 7/4 18/12 18/15
18/17 18/17 18/21 18/22 18/23 18/24
21/14 21/17 21/22 22/19 26/13 45/3
45/8 46/11 48/25 49/1 61/12 63/1
banks [1] 21/15
Baptist [1] 52/22
BARRY [1] 1/19
based [8] 20/1 20/16 26/19 32/20
37/18 50/9 58/7 58/24
basis [3] 6/11 6/16 8/24
bdebrow [1] 1/20
be [79]
became [1] 36/21
because [19] 18/16 21/10 24/2 27/24
32/16 32/24 41/21 43/17 43/24 44/25
45/12 46/21 50/11 57/20 58/13 58/17
58/18 59/18 64/21
become [2] 26/11 63/17
been [49] 4/2 5/12 9/7 10/24 11/14
13/14 13/23 16/9 16/22 17/25 24/16
25/15 27/11 30/19 30/23 30/25 32/7
32/13 35/3 35/6 35/10 37/12 44/6
48/15 50/8 51/11 52/1 53/10 54/5 55/4
56/13 56/13 56/14 56/20 56/21 56/24
57/8 58/4 58/6 58/8 58/9 58/16 59/21
61/22 62/23 62/25 63/13 63/20 63/21
before [7] 1/9 5/1 36/25 42/10 54/21
59/15 65/12

**B**

began [3]  10/1 10/12 52/19
beginning [1]  59/25
behavior [2]  48/2 49/19
being [19]  7/7 24/2 32/10 34/5 35/19
36/18 50/19 50/19 50/23 52/2 52/5
55/12 57/4 58/18 61/24 62/12 62/12
64/14 64/23
believe [17]  3/11 8/23 9/21 11/24 27/14
29/9 36/17 48/22 49/10 50/22 53/7
55/11 55/13 57/5 57/6 57/20 58/15
believed [2]  13/22 15/5
belittle [1]  60/9
belonging [1]  21/17
belongs [1]  44/14
benefit [1]  43/22
benefits [1]  8/13
best [1]  67/6
bet [1]  4/7
Betsy [4]  16/24 23/19 46/15 46/16
better [1]  60/25
between [9]  7/17 9/20 14/21 19/7 20/24
22/10 49/2 49/8 59/21
beyond [3]  34/18 46/25 47/18
bigger [1]  60/15
biological [1]  46/15
birthdates [1]  8/21
bit [2]  13/7 59/6
blank [1]  3/21
blanket [1]  64/21
bond [5]  57/18 58/2 58/19 65/5 65/5
born [1]  50/24
borrower [2]  7/6 7/11
both [7]  4/5 4/8 4/23 43/7 49/9 55/4
66/2
bracelet [1]  23/1
Brady [2]  4/9 4/12
bragging [1]  45/6
brief [2]  14/25 42/10
briefly [1]  5/22 38/3
bring [1]  53/5
broken [1]  65/13
brought [2]  57/11 58/24
BULLSBORO [1]  1/19
bunch [2]  9/12 56/2
burden [5]  42/25 50/13 59/7 59/18
63/24
burdens [1]  59/6
Bureau [1]  5/17
business [56]  8/2 10/3 11/14 11/16
12/6 20/11 20/14 20/15 24/1 24/4 26/5
26/6 26/8 26/10 26/12 26/18 31/16
31/23 32/9 32/10 32/15 32/22 33/20
33/25 34/2 34/3 34/4 34/5 34/9 38/10
38/13 38/15 38/15 38/16 38/22 39/2
39/12 39/14 40/4 40/20 40/23 44/5
46/6 48/13 48/14 48/16 52/4 52/8
52/12 52/20 60/1 62/4 62/7 62/11
62/17 66/1
businesses [19]  7/18 7/23 7/24 20/6
20/19 34/6 39/4 39/9 39/19 39/22 40/1
40/3 40/20 44/3 46/7 52/1 62/14 62/17
62/20
businessmen [1]  48/11
but [52]  4/3 5/6 7/24 9/13 12/18 14/3
15/3 23/23 25/2 27/18 28/6 28/16
29/20 30/5 30/18 31/2 32/17 32/20
32/24 33/23 34/4 36/10 39/7 40/11
43/19 44/4 45/6 47/18 48/1 49/14 50/2
50/5 51/2 54/19 54/22 55/4 55/7 57/18

57/22 58/13 58/17 59/8 59/12 59/14
60/9 60/14 60/20 60/23 61/20 62/7
63/15 63/22
buying [1]  6/14

**C**

Cadillac [1]  22/18
calculus [1]  63/16
calendar [2]  3/3 3/3
call [1]  5/2
calling [1]  21/14
came [2]  12/17 53/16
can [20]  3/20 3/21 4/7 5/2 6/10 19/23
27/17 28/15 31/15 31/19 41/25 52/1
53/14 54/7 56/7 57/3 60/5 63/8 64/24
65/14
can't [6]  28/18 32/10 33/15 35/25 50/18
56/11
cannot [2]  44/21 54/14
capacity [1]  5/18
captured [1]  35/3
car [5]  6/12 15/1 21/11 41/19 61/14
carbon [1]  28/17
card [5]  10/3 11/14 11/16 12/6 60/1
cares [1]  51/9
carried [1]  54/1
carries [1]  49/20
cars [3]  61/15 61/19 63/3
Carter [1]  15/3 15/5 63/3
case [71]
cases [4]  4/8 7/8 54/12 59/15
cash [14]  22/9 23/2 25/2 28/17 44/21
45/1 45/7 45/10 45/10 45/22 49/3
61/15 61/18 63/6
CCR [2]  1/24 67/18
CDL [1]  1/4
certain [4]  6/25 35/25 37/2 64/11
certainly [7]  13/8 28/15 60/9 60/14
63/15 65/11 65/15
certificate [2]  40/25 66/15
certify [1]  67/5
challenging [1]  48/12
chance [2]  55/25 61/8
change [1]  3/11
changes [1]  3/11
character [1]  60/25
charge [2]  25/22 49/19
charged [7]  8/25 43/18 47/9 54/2 57/12
57/13 57/14
Charger [1]  22/18
charges [14]  3/6 6/3 28/9 37/16 45/16
46/20 53/9 55/14 56/2 56/5 56/24 58/5
60/19 60/19
CHARLES [1]  1/9
check [1]  41/17
Chevrolet [1]  22/17
children [7]  10/8 12/4 13/22 14/5 47/23
48/1 60/4
church [2]  52/21 52/22
CHW [1]  1/4
circumstances [1]  61/1
city [3]  11/19 52/12 52/16
claim [1]  7/11
claiming [1]  18/21
clear [7]  48/4 50/14 50/17 56/11 57/2
59/7 59/19
clearly [2]  46/9 48/19
client [20]  7/11 29/25 29/25 30/20
30/24 49/19 50/7 50/10 50/19 50/23
54/20 55/6 56/15 56/21 57/4 57/18

57/10 57/14 57/18 58/18 58/18
client's [2]  49/15 53/21
clients [1]  6/23
close [2]  9/11 9/13
closer [2]  63/18 63/18
club [2]  34/13 52/9
code [1]  59/4
codefendant [6]  6/17 14/15 36/7 36/8
47/22 47/25
codefendants [3]  7/17 36/2 37/4
collateral [1]  7/2
collecting [1]  52/6
COLUMBUS [18]  1/2 1/6 11/20 15/17
33/21 34/12 34/23 35/19 46/21 50/25
51/7 51/22 52/9 52/12 52/16 52/18
52/19 62/22
combination [3]  59/9 64/1 65/3
come [4]  32/3 41/25 56/23 57/2
comes [1]  61/10
comfortably [1]  63/9
coming [5]  6/21 34/23 37/17 53/25
61/13
comment [1]  59/20
Commission [1]  7/10
commit [1]  6/4
committed [3]  50/7 50/8 50/10
common [2]  28/4 28/6 50/5
communicate [1]  56/16
communicated [1]  56/18
communication [1]  53/17
community [16]  4/24 43/8 44/23 48/7
48/11 48/14 48/21 50/19 50/25 52/14
52/21 55/22 59/10 59/17 59/20 60/23
companies [4]  31/7 31/10 52/3 52/4
company [6]  20/9 33/8 34/17 38/19
38/21 41/22
compare [1]  17/3
completed [4]  21/19 54/11 54/12 54/17
completely [3]  18/15 51/16 55/12
completions [1]  64/17
complex [1]  18/4
compliance [9]  31/13 31/16 33/14
33/15 33/17 52/3 62/6 62/8 62/9
compliant [1]  64/19
complied [1]  54/3
complying [1]  53/22
component [1]  55/20
conceded [1]  62/21
concern [4]  45/11 60/10 63/22 64/10
concerned [2]  58/11 59/24
concerning [5]  44/8 45/24 47/2 48/2
58/14
concerns [5]  47/13 60/11 60/14 60/15
65/18
concluded [2]  50/6 66/13
concludes [1]  65/25
conclusion [2]  3/3 57/2
condition [3]  59/8 64/1 65/3
conditions [9]  57/3 59/9 63/9 63/10
64/1 64/20 65/3 65/10 65/17
conduct [4]  43/17 43/19 47/9 52/8
conducted [2]  20/2 32/10 44/5 46/6
conducting [4]  20/14 26/13 39/14 40/4
Conference [1]  67/10
confidence [1]  63/10
conformance [1]  67/9
conman [1]  48/15
connected [1]  32/17
consider [2]  52/25 65/7
consideration [1]  63/15

## C

considered [5]  64/9 64/18 65/1 65/9 65/14
consistent [1]  60/20
consists [1]  56/1
conspiracy [1]  6/3
consumer [2]  6/7 6/10
contact [9]  21/15 30/20 36/17 37/7 37/10 37/13 37/14 46/17 56/13
contacted [2]  35/4 55/1
contain [4]  16/16 18/14 18/25 47/18
contained [10]  11/11 13/19 14/8 14/23 18/11 20/7 24/23 45/17 46/22 46/24
containing [3]  10/3 10/9 11/25
contains [2]  12/3 45/14
content [1]  10/17
contention [3]  44/10 44/17 45/10
contested [2]  44/3 54/20
continue [4]  10/4 41/9 43/21 51/21
continued [1]  3/7
continuing [3]  43/20 45/21 45/23
control [1]  61/2
controlled [2]  22/1 22/4
conversation [5]  36/5 36/7 36/8 36/10 59/25
convincing [6]  50/14 50/17 56/11 57/2 59/7 59/19
copies [1]  3/18 9/8 12/18
copy [3]  3/17 13/4 28/17
Corporation [10]  6/8 7/20 20/20 24/5 38/7 38/7 39/13 46/5 46/5 46/8
correct [43]  3/13 7/22 8/7 9/5 9/6 10/16 11/6 11/10 12/24 13/18 14/10 14/13 15/21 18/10 19/14 19/17 20/22 24/6 27/23 28/1 28/11 28/19 28/25 29/21 29/24 30/1 35/10 35/11 37/11 37/24 38/8 38/9 38/24 39/3 39/18 40/9 40/10 40/12 40/13 41/9 49/4 59/11 67/6
Corvette [1]  22/17
could [16]  5/22 8/8 11/11 13/19 14/23 24/23 28/2 32/20 45/5 45/13 56/14 56/25 58/8 64/20 64/24 65/10
counsel [1]  53/4
count [2]  6/3 23/9
counter [3]  49/23 51/17 55/25
counter-investigate [2]  49/23 55/25
country [2]  37/16 56/22
counts [3]  6/4 6/5 57/13
County [4]  45/18 54/2 55/3 55/8
couple [1]  51/12
course [4]  13/6 17/2 25/24 60/22
court [40]  1/1 5/1 5/23 6/10 9/12 11/11 12/22 13/19 14/23 24/23 31/15 42/16 45/25 46/18 47/4 50/9 50/15 51/10 52/24 53/22 53/25 54/7 54/16 54/16 55/10 55/23 56/10 57/3 57/9 58/1 58/5 64/8 64/14 64/17 64/18 64/20 64/25 67/3 67/4 67/19
court's [4]  42/19 54/6 54/14 64/19
COVID [2]  8/6 46/20
Coweta [2]  45/18 54/2
cr [5]  1/4 3/4 6/2 9/1 66/1
create [2]  43/12 43/21
created [1]  19/11
creating [1]  40/5
credit [9]  6/6 6/23 6/24 20/23 21/8 43/25 48/9 49/1 61/14
crime [1]  61/2
crimes [1]  6/1
criminal [5]  5/24 45/14 46/25 53/21

56/1 60/18
CROSS [1]  68/23
Cru [6]  26/5 26/16 34/12 34/13 34/23 52/9
currency [2]  25/1 25/3
currently [6]  5/16 19/16 23/16 36/5 43/15 45/18
custody [1]  53/16 64/4 64/23
customers [2]  6/14 41/19
CVR [2]  1/24 67/18

## D

damages [2]  30/3 34/25
danger [15]  4/23 43/8 47/15 48/4 48/5 48/21 50/19 55/20 55/22 56/17 57/9 58/15 58/15 59/17 59/20
dangerous [1]  57/7
date [4]  10/11 15/8 25/4 63/16
dated [2]  43/18 67/13
dates [2]  30/14 55/12
day [1]  67/13
days [1]  3/6
deal [2]  53/3 59/16
dealership [2]  21/12 21/14
dealerships [1]  6/12
DEBROW [7]  1/19 3/22 42/24 49/16 59/6 62/5 66/1
December [2]  52/21 36/22
deception [1]  61/5
defaults [1]  59/15
defendant [28]  1/6 1/18 4/3 4/23 6/3 8/4 22/24 43/7 43/21 44/6 44/15 45/11 45/12 46/20 47/6 47/7 47/8 47/12 48/6 58/25 60/12 60/17 60/24 61/12 61/19 62/21 63/20 65/8
Defendant's [3]  60/22 63/11 64/2
defendants [4]  58/2 58/4 58/20 65/11
Defense [9]  26/22 40/15 42/8 49/16 53/6 61/8 62/21 63/13 65/23
defenses [1]  61/9
defy [1]  64/14
demonstrated [2]  44/7 45/20
Department [12]  17/4 17/5 17/7 17/8 17/10 20/17 20/17 32/21 39/16 39/16 62/10 62/10
deposit [2]  6/7 25/23
deposited [3]  7/4 21/16 21/17
deposits [1]  48/25
describe [4]  5/22 8/8 8/24 24/23
Designation [2]  1/17 1/22
desire [1]  53/1
desired [1]  36/15
destructive [1]  61/3
detail [1]  41/14
details [1]  46/14
detain [2]  4/22 43/7
detention [13]  1/9 3/2 3/8 4/15 47/5 47/11 48/22 57/15 59/2 59/5 60/21 64/3 65/19
determination [2]  50/8 50/9
determine [9]  15/22 16/25 17/6 19/3 20/14 23/6 23/10 39/12 47/19
device [1]  61/3
devices [1]  28/12
diamond [1]  23/1
did [59]  3/12 3/17 6/6 6/15 7/12 7/13 8/4 8/16 8/21 8/23 15/4 15/15 15/18 15/25 17/8 17/10 18/13 18/14 20/3 20/23 21/8 21/18 21/21 21/22 22/9 22/11 23/2 24/9 24/11 24/13 24/15

25/12 29/1 29/2 29/3 29/4 29/5 29/16 29/17 30/12 30/23 33/8 33/12 34/1 34/2 34/4 34/16 39/4 39/7 39/8 39/9 39/19 39/21 41/17 47/18 49/6 49/11 50/7 65/6
didn't [8]  3/24 29/19 30/8 33/4 41/21 57/1 60/13 62/3
different [15]  8/17 8/19 8/21 12/5 12/7 14/2 16/20 18/19 41/6 43/10 49/8 49/11 54/25 55/12 62/4
differently [1]  64/25
digitally [1]  67/7
DIRECT [1]  5/14
directly [1]  56/13
disappear [2]  45/13 65/11
disclose [1]  4/12
disclosure [3]  4/9 46/10 46/12
discovered [1]  26/14
discovery [1]  61/8
discuss [1]  55/21
discussed [5]  4/10 13/17 16/14 18/9 24/21
discussing [3]  9/23 9/25 19/8
dishonesty [1]  65/9
dismissed [2]  55/9 55/14
Dispatch [1]  33/9
Dispatching [2]  33/7 34/11
displayed [2]  47/8 48/7
disposition [1]  45/16
disregard [1]  45/20
district [8]  1/1 1/1 47/4 51/1 55/2 55/9 67/4 67/5
disturbing [1]  48/2
divest [1]  44/18
divested [2]  44/11 47/7
DIVISION [1]  1/2
do [44]  3/15 3/15 3/18 3/21 4/25 5/4 5/7 8/24 9/15 9/16 12/18 13/1 19/25 24/17 24/19 31/19 31/20 33/4 34/16 35/13 36/15 36/16 39/19 40/18 40/20 40/24 41/3 41/6 41/9 49/5 51/13 53/7 53/19 54/8 54/8 56/20 59/20 60/6 63/23 64/16 64/17 65/2 65/15 67/5
docket [1]  55/2
document [1]  62/6
documentation [3]  43/17 43/22 43/24
documents [7]  9/15 9/17 12/17 18/3 18/7 43/13 63/8
Dodge [1]  22/17
does [15]  16/16 16/18 18/25 19/2 25/22 25/23 32/3 36/14 38/10 42/20 47/13 51/19 54/17 56/5 61/4
doesn't [7]  28/9 31/20 38/12 52/14 55/22 61/3 61/25
doing [1]  65/16
dollars [6]  45/4 45/7 51/14 51/18 61/11 63/6
don't [24]  3/10 3/22 8/23 9/12 12/18 13/25 26/20 27/18 27/24 28/24 28/25 32/24 33/16 33/23 40/14 41/14 57/4 57/6 59/18 60/9 62/2 63/9 63/21 65/17
done [3]  27/8 44/17 55/19
down [4]  4/7 41/25 45/25 61/10
DR [1]  1/19
DRAMMEH [4]  1/24 1/25 67/3 67/18
draw [1]  63/21
Drive [4]  23/15 23/21 24/4 33/21
driven [1]  32/8
drug [2]  56/6 56/6
drugs [1]  56/5

**D**

duly [1]  5/12
during [7]  8/4 18/20 20/15 36/1 44/11
44/12 45/2
duty [2]  4/12 65/15

**E**

each [9]  4/6 4/22 7/18 8/17 8/20 22/21
39/19 43/9 55/13
earlier [4]  27/21 31/10 34/25 41/11
early [3]  44/8 53/2 61/8
earning [1]  48/16
earnings [1]  39/2
easily [2]  58/8 65/10
educated [1]  52/16
effort [1]  31/20
EIDL [1]  8/11
eight [1]  21/23
EIN [1]  31/18
either [1]  56/15
elicited [1]  46/24
else [11]  14/1 38/2 52/24 55/16 56/15
56/19 58/6 62/9 63/4 65/20 65/23
else's [1]  57/11
elude [3]  45/15 45/19 54/3
Email [2]  1/14 1/20
employed [3]  5/16 5/18 16/22
employees [1]  62/12
employer [3]  17/15 46/4 46/8
employment [10]  16/3 17/3 17/7 17/17
18/5 18/25 19/23 20/1 44/2 44/7
end [3]  7/1 63/19 66/14
ended [1]  17/3
ends [1]  19/10
enforcement [3]  23/12 37/11 53/17
engaged [2]  37/18 38/17
enlarged [3]  11/4 14/7 29/13
enough [2]  57/6 60/21
enter [3]  3/6 4/5 65/19
entered [3]  3/11 4/8 36/23
entering [2]  54/11 54/13
enterprise [3]  7/20 20/21 24/2
entities [2]  31/25 62/4
entitled [1]  67/8
Escalade [1]  22/18
essentially [5]  11/5 44/10 44/18 45/13
45/20
establish [3]  49/19 50/20 52/14
established [4]  57/7 57/7 57/9 59/1
establishment [1]  34/20
even [13]  23/25 28/20 46/13 50/2
51/19 53/3 53/23 53/25 54/12 57/14
59/2 62/21 64/12
evening [1]  52/11
ever [11]  29/1 29/3 29/5 32/7 32/12
32/14 39/4 39/22 39/25 40/1 52/10
every [3]  39/7 44/14 51/13
everybody [2]  3/8 57/11
everyone [1]  58/6
evidence [30]  4/13 4/25 12/10 12/13
17/19 20/9 25/8 26/1 26/19 27/18 42/1
42/4 42/7 44/25 50/17 57/3 57/9 57/9
59/13 59/19 59/22 60/23 61/6 61/10
62/1 62/24 63/2 63/17 63/24 63/25
evident [1]  47/9
exact [5]  28/17 55/12 57/13 62/2 62/3
exactly [1]  29/16
EXAMINATION [4]  5/14 26/23 38/4
40/16
examine [1]  54/7

example [1]  65/6
except [1]  23/1
exchange [1]  14/25
exculpatory [1]  4/13
excused [2]  42/3 66/2
execute [3]  3/14 24/9 24/13
executed [5]  4/2 9/3 11/8 23/3 54/16
exhibit [16]  9/8 10/25 11/5 14/9 14/17
16/10 17/19 18/1 19/19 25/16 26/1
27/1 29/14 29/20 36/6 36/7
Exhibit 1 [4]  9/8 11/5 14/9 36/7
Exhibit 19 [1]  14/17
Exhibit 20 [2]  16/10 17/19
Exhibit 21 [2]  18/1 19/19
Exhibit 27 [3]  25/16 26/1 27/1
exhibits [7]  12/9 13/15 15/11 24/17
25/8 27/20 35/2
Exhibits 22 [1]  27/20
Exhibits 9 [1]  13/15
exist [4]  18/19 39/10 44/3 44/4
exists [1]  33/10
expenditures [1]  21/20
expensive [1]  61/22
explain [7]  6/10 11/11 13/19 14/23
19/23 55/1 55/3
explains [1]  55/11
explosives [1]  61/3
extend [1]  52/1
extensive [1]  51/4
extent [2]  52/6 57/19
extra [2]  3/18 33/4
extremely [2]  47/2 48/4

**F**

face [1]  53/4
Facebook [8]  10/6 10/7 12/3 12/5
13/23 24/14 25/18 47/24
fact [8]  14/3 46/25 53/11 53/12 53/13
56/19 57/16 64/16
factor [1]  60/11
factors [3]  47/5 47/10 61/1
facts [1]  8/24
failure [2]  45/15 53/23
fair [1]  22/21
fake [4]  28/2 28/5 45/5 62/19
false [2]  6/5 17/1
falsely [2]  7/9 7/10
falsified [10]  7/15 16/16 16/19 18/14
19/4 19/5 43/12 43/21 43/24 45/23
familiar [3]  26/6 32/1 33/7
family [9]  10/8 13/21 14/4 20/2 23/25
26/15 29/22 51/5 51/6
far [7]  30/3 34/8 35/19 37/3 49/19 51/2
56/22
farthest [1]  35/19
FBI [8]  2/2 5/11 5/18 5/20 11/16 21/21
24/15 47/20
February [1]  54/10
federal [18]  5/17 5/24 6/6 6/7 6/22 6/25
7/10 9/21 10/15 20/23 21/2 21/8 44/19
48/9 49/1 61/14 67/3 67/19
fee [9]  7/7 7/8 25/22 25/23 25/23 31/22
33/19 38/18 38/20
feedback [1]  41/18
feel [1]  55/9
fees [3]  31/22 31/24 54/5
felonies [1]  54/18
few [3]  3/6 26/12 26/25
fight [1]  58/5
figure [1]  45/4

figured [1]  21/13
file [4]  7/9 31/17 36/24 50/3
filed [6]  4/21 19/12 40/11 62/6 62/9
62/13
files [1]  29/15
filing [1]  39/7
finally [1]  63/12
financial [11]  5/25 16/3 18/5 21/19
26/13 43/12 43/22 46/12 48/6 48/7
48/21
find [3]  34/2 63/23 65/13
finds [2]  44/21 48/2
fine [1]  42/13
fines [1]  54/5
finish [1]  52/20
firearm [1]  61/3
first [11]  3/3 4/19 6/2 10/3 11/13 11/16
43/9 43/9 45/24 50/24 54/13
five [5]  8/1 8/9 21/5 42/11 51/22
flag [1]  21/8
flagrant [1]  45/20
fled [1]  63/14
flee [1]  58/25
fleeing [5]  45/14 45/19 54/3
flight [16]  4/23 43/7 43/10 47/10 47/12
50/19 50/23 50/24 51/16 53/1 53/19
57/4 59/12 60/12 60/15 64/10
flyer [1]  25/17
focus [2]  38/6 63/17
focused [1]  39/13
follow [1]  54/14
followed [1]  54/16
following [2]  7/8 20/3
follows [1]  5/13
foregoing [1]  67/6
Forensic [1]  21/21
forge [2]  63/7 63/8
forged [2]  18/16 63/1
form [5]  3/15 3/17 8/24 38/13 44/6
format [1]  67/9
formed [1]  6/15
forms [1]  6/11
forth [3]  10/19 10/20 47/24
forward [2]  3/8 20/1
found [5]  31/11 31/13 34/8 47/5 53/14
foundation [1]  12/17
four [4]  6/4 16/21 22/15 55/13
frame [2]  18/20 27/16
frankly [1]  44/7
fraud [10]  6/4 6/4 6/7 6/11 37/18 45/21
46/21 50/10 50/11 60/19
fraudulent [9]  6/13 6/20 20/24 21/9
27/14 44/12 48/8 62/25 63/1
fraudulently [2]  8/5 26/17
front [3]  3/16 3/18 33/16
full [2]  26/16 46/10
funded [2]  21/4 21/5
funding [2]  6/18 6/19
funds [8]  7/3 7/5 21/16 21/24 22/3
26/17 26/19 44/13
further [8]  26/20 35/20 37/13 40/14
42/1 42/2 42/4 52/1
furthest [1]  35/24

**G**

GA [2]  1/13 1/19
gain [1]  43/22
GAMD.USCOURTS.GOV [1]  1/25
general [3]  6/8 17/16 17/17
generally [4]  6/10 34/21 38/21 39/1

**G**

generating [1]  40/4
generations [1]  51/6
GEORGIA [24]  1/1 1/6 8/14 8/15 17/4
20/17 32/2 32/21 33/10 33/22 35/13
35/14 35/18 38/19 38/22 39/15 39/16
40/22 46/21 51/2 51/2 51/24 55/4 67/5
get [9]  32/25 7/5 31/15 38/10 42/12
51/13 56/11 65/14
gets [1]  59/4
getting [5]  41/18 51/8 52/4 52/6 60/16
give [7]  5/5 43/3 54/7 57/3 58/4 58/19
65/7
given [5]  30/7 35/6 36/12 53/7 58/6
go [24]  3/6 3/8 4/10 4/15 5/2 29/8 30/8
31/15 32/12 33/6 40/25 41/6 49/6
50/21 52/10 52/11 54/22 56/8 57/23
58/22 60/13 60/16 64/25 65/4
God [1]  5/6
going [25]  3/22 6/6 11/20 12/2 13/5
14/16 15/12 23/8 25/2 27/20 27/21
28/10 28/16 31/2 32/24 38/16 38/17
42/7 43/1 48/18 55/11 60/23 60/25
63/21 65/19
gone [7]  23/25 52/2 52/3 52/5 53/13
56/22 61/18
good [2]  43/2 65/25
Google [1]  47/19
got [5]  8/1 11/21 52/18 58/13 59/6
gotten [2]  12/9 41/19
government [43]  1/12 1/17 4/3 4/11
4/16 4/19 4/21 9/12 15/10 17/18 19/18
25/7 25/25 38/2 42/1 42/4 42/20 42/25
43/6 44/2 44/19 44/21 45/12 47/2
47/13 48/2 49/18 50/14 50/22 51/25
53/5 53/20 55/17 55/24 58/24 59/1
59/8 59/19 60/24 61/17 62/24 63/24
65/20
Government's [28]  4/14 9/7 10/25 11/5
12/9 13/15 14/9 14/17 15/11 16/10
17/19 18/1 19/19 24/16 25/15 26/1
26/25 27/20 29/8 29/20 35/1 36/6 36/6
44/9 44/17 45/11 61/10 64/3
grade [1]  52/23
graduated [1]  52/17
Grames [1]  6/17
grand [7]  9/4 15/16 15/25 16/13 17/4
18/8 18/16
grandmother [3]  23/19 23/22 46/16
grandparents [1]  51/7
grant [1]  64/3
Gray [2]  6/17 49/9
great [1]  54/6
Greystone [3]  15/16 18/3 18/8
Grimes [14]  9/20 9/23 11/3 14/11 14/14
14/15 29/21 36/8 36/9 49/9 58/10
58/12 60/1 60/3
grounds [3]  4/22 43/7 43/8
Guard [3]  15/19 23/3 23/10
guess [5]  12/16 27/12 45/5 56/16
64/20
guilty [3]  3/23 4/5 50/12

**H**

had [32]  3/7 6/23 12/7 17/11 19/6
19/11 26/16 31/2 36/1 36/8 36/10
37/10 40/20 40/25 47/7 47/8 49/21
49/22 51/13 51/14 51/17 53/16 53/22
54/20 55/25 56/7 57/14 57/22 61/8
61/19 64/12 65/11

hadn't [1]  59/21
HALL [84]
Hall's [19]  3/5 7/4 9/18 11/2 11/8 12/23
18/17 19/23 23/2 23/11 28/7 33/7 33/9
34/8 34/10 34/11 39/22 40/1 40/3
hallmarks [1]  47/12
Halls [1]  21/19
Halls' [2]  24/12 24/13
hand [1]  14/16
handed [13]  9/15 11/1 13/14 14/7
14/18 16/9 16/10 17/25 18/1 24/16
24/18 25/15 25/16
handing [1]  10/24
handling [1]  3/10
hands [1]  51/15
hanging [1]  56/24
HANSIS [1]  1/13 4/4 4/20 9/10 42/20
65/20 66/2
Hansis' [1]  3/9
happened [4]  36/24 49/5 55/5 56/12
happening [3]  27/11 41/15 56/24
happens [1]  21/11
happy [1]  43/3
hard [2]  52/13 57/2
harm [5]  36/14 48/5 48/6 48/7 57/24
has [102]
hasn't [8]  30/19 30/23 44/7 53/12 53/13
56/8 61/8 63/14
have [97]
haven't [3]  13/3 34/8 36/19
having [2]  5/12 17/2
he [168]
he's [20]  19/15 23/17 23/21 32/4 35/13
43/8 44/15 45/22 48/13 48/19 51/1
51/16 51/24 53/10 56/22 56/23 57/23
57/23 63/13 64/16
hear [3]  4/19 9/13 43/5
hearing [5]  1/9 12/14 57/15 57/19 59/5
hearings [1]  3/2
held [2]  48/10 48/17
Hellcat [1]  22/18
help [2]  5/6 52/14
her [45]  5/2 10/3 10/6 10/6 10/7 10/8
10/8 10/9 11/16 11/16 11/18 11/19
11/21 11/22 11/22 11/23 12/1 12/1
12/1 12/2 12/3 12/4 12/6 12/21 13/21
13/22 13/22 13/23 13/25 14/3 14/4
15/1 36/10 36/14 36/15 36/17 36/19
42/24 46/19 47/21 47/23 50/4 56/18
56/18 58/16
here [24]  3/6 5/8 9/12 11/13 13/7 16/21
18/18 28/20 46/12 46/19 47/11 50/1
50/14 50/25 51/12 51/13 51/20 54/9
56/8 57/6 58/22 58/17 61/20 62/19
hereby [1]  67/5
high [6]  7/1 22/11 50/20 50/20 51/12
52/17
high-end [1]  7/1
higher [2]  43/25 59/18
Highland [1]  52/22
him [30]  9/20 14/21 18/19 18/23 19/8
19/9 19/10 23/14 29/5 32/2 35/16 37/6
37/21 44/20 44/23 46/2 47/14 48/20
51/21 53/6 54/4 54/7 54/8 57/22 58/1
58/4 58/10 58/19 58/20 64/14
himself [9]  36/15 44/11 44/18 47/7
48/10 48/13 56/15 62/12 62/14
hired [1]  52/25
his [60]  3/11 6/16 7/17 8/2 16/21 16/23
17/2 17/24 20/4 23/19 23/19 23/22

23/23 25/13 26/13 26/14 32/4 34/19
37/3 37/14 40/9 44/18 44/19 44/18
45/17 45/24 45/25 46/8 46/8 46/10
46/12 46/14 46/15 46/16 46/16 46/25
49/20 51/6 51/7 51/7 51/15 51/18
51/23 51/24 52/1 52/18 52/20 53/6
53/6 53/9 54/12 54/18 55/22 56/1 56/4
56/17 58/5 62/23 63/16 64/19
history [16]  6/24 19/23 44/1 45/14
46/25 47/7 53/21 53/22 55/22 56/1
56/4 56/5 56/6 57/7 60/18 60/22
hit [1]  44/14
holding [1]  24/25
home [5]  10/9 11/22 11/23 47/21 51/3
honestly [1]  23/8
Honor [33]  3/10 4/16 4/21 9/9 10/21
12/8 12/24 13/10 15/10 16/6 17/18
19/18 25/7 25/25 26/20 38/3 42/5
42/22 43/1 43/3 43/6 43/7 44/9 45/24
47/2 48/3 48/21 48/22 49/4 49/7 49/15
55/18 65/22
HONORABLE [1]  1/9
hour [1]  65/13
house [2]  64/9 64/15
Houston [3]  55/3 55/4 55/8
how [18]  5/20 7/24 8/8 12/19 16/25
21/2 21/8 21/22 22/3 22/6 22/9 22/14
23/6 23/10 23/21 26/10 49/12 49/13
husband [5]  12/3 13/22 47/23 60/3
60/4
husband's [3]  10/7 11/22 12/1

**I**

I'd [1]  43/8
I'm [20]  10/24 12/11 12/16 13/3 13/5
23/8 28/16 28/22 30/22 31/1 35/8
35/15 40/19 41/16 43/3 46/23 48/12
51/5 62/19 65/19
I've [11]  4/9 11/1 14/7 14/17 18/1 24/16
25/15 25/16 32/13 65/11 65/16
iCloud [7]  9/18 11/8 12/23 12/23 14/20
19/6 29/11
idea [1]  50/23
identified [3]  7/1 47/23 47/23
identities [1]  63/8
identity [4]  7/9 7/12 11/15 38/15
if [26]  3/20 9/13 13/25 20/14 27/24
31/18 32/14 33/17 39/12 40/20 41/14
51/12 51/17 51/19 54/22 56/24 57/1
57/21 58/15 59/21 63/3 64/6 64/8
64/10 64/12 65/5
illicit [1]  26/19
image [1]  11/13
images [17]  10/18 10/20 11/12 13/15
13/20 14/8 14/11 24/24 24/25 29/8
29/9 29/11 30/2 35/1 47/16 47/24
47/25
imagine [1]  41/7
implied [1]  56/7
imply [1]  56/17
important [2]  52/24 55/10
importantly [1]  48/3
impossible [1]  50/22
in [226]
in-laws [1]  12/1
inaudible [2]  9/8 55/10
inception [1]  50/2
incident [1]  59/23
include [2]  18/4 19/10
including [6]  10/6 10/8 11/19 13/22

**I**

including... [2] 17/9 58/9
income [11] 16/22 19/25 20/3 20/4
32/19 39/1 40/4 44/6 48/16 62/15 63/1
indecipherable [4] 23/20 47/3 50/16
58/21
independently [1] 47/1
INDEX [1] 2/1
indicate [3] 55/22 61/18 62/11
indicated [6] 18/11 40/8 46/12 46/14
46/16 61/19
indicates [1] 62/1
indication [2] 60/12 62/13
indications [1] 54/15
indicators [1] 54/14
indictment [9] 3/18 6/2 6/11 7/24 8/25
20/8 43/18 57/12 57/13
individual [7] 38/14 43/10 44/1 44/10
44/22 48/10 48/18
individuals [4] 35/3 37/2 48/17 58/9
inference [2] 60/5 63/21
information [16] 11/18 12/1 12/20
16/17 16/25 18/14 19/1 19/9 23/12
31/2 33/16 34/9 46/23 50/4 50/6 63/1
initial [1] 46/20
initiates [1] 10/2
innocence [1] 49/20
innocuous [1] 46/13
inside [8] 23/2 30/9 32/11 32/12 32/13
33/6 34/5 64/23
Inspector [1] 6/8
instance [2] 20/8 46/14
insurance [2] 6/8 8/5
intelligence [1] 23/13
intend [2] 4/25 51/20
intent [1] 51/18
intention [1] 56/20
intentionally [1] 44/18
interaction [1] 45/24
interest [3] 34/13 34/19 52/7
interview [1] 37/8
interviews [1] 20/2
into [22] 7/4 12/10 17/19 21/14 21/17
21/25 22/3 25/8 26/1 27/8 33/12 34/16
41/11 42/11 44/25 49/20 53/16 59/4
60/16 60/16 61/11 63/17
investigate [5] 5/24 49/23 55/25 61/9
investigated [1] 33/25
investigating [3] 10/1 44/20 51/11
investigation [12] 5/17 8/4 9/22 10/15
15/15 21/18 33/4 34/16 36/1 60/13
63/13 63/20
investigative [1] 28/12
investigator [1] 21/15
Investments [1] 26/15
involve [2] 61/4 61/4
involved [3] 32/16 36/16 39/21
involves [1] 48/6
IRS [9] 17/5 17/11 20/18 31/19 32/22
39/17 39/23 40/1 62/10
is [187]
isn't [1] 51/10
issue [4] 7/23 43/10 54/20 58/1
issued [2] 12/22 30/24
it [100]
it's [29] 14/25 17/21 18/23 19/21 26/3
28/16 32/2 33/15 33/19 42/11 43/2
44/9 44/17 45/9 50/11 50/14 50/22
51/1 51/16 52/10 52/11 52/13 52/24
52/25 55/7 57/2 58/17 61/2 64/10

its [3] 4/12 4/13 63/24
itself [2] 59/14 60/21

**J**

January [5] 9/20 10/12 30/14 31/5 31/6
Jasmine [5] 6/17 14/11 14/14 14/15
49/9
JCH [2] 7/20 20/20
JOAN [4] 1/24 1/25 67/3 67/18
job [1] 5/22
joined [2] 36/22 36/25
joining [1] 37/3
Jordan [2] 51/23 52/17
JR [1] 1/19
judge [25] 1/10 3/13 4/6 4/18 13/3
15/12 19/20 38/1 41/24 42/13 42/14
49/17 51/10 52/15 53/8 55/19 56/5
56/25 57/22 58/17 58/18 59/11 64/6
64/24 66/13
Judicial [1] 67/10
July [2] 20/25 21/1
June [2] 15/9 15/9
jury [7] 9/4 15/16 15/25 16/13 17/4
18/8 18/16
just [42] 3/21 6/10 8/24 9/15 10/18
10/20 11/1 11/4 13/14 13/17 14/7
14/18 16/9 16/10 16/14 17/14 18/1
18/9 24/17 24/21 25/15 25/16 26/25
28/21 31/17 33/19 37/18 39/13 42/5
44/11 44/12 47/3 47/10 48/18 56/9
56/10 57/16 59/15 62/6 63/12 64/20
65/9

**K**

keep [3] 57/4 62/5 64/14
kept [1] 7/7
Kia [1] 20/5
kind [10] 19/9 22/11 25/12 30/12 38/16
45/12 48/16 56/9 60/19 62/11
know [23] 12/18 13/25 18/16 20/4
27/24 28/24 28/25 32/24 33/23 35/13
40/18 40/20 41/14 44/11 45/2 45/7
45/16 46/5 46/10 46/15 49/5 61/11
63/21
knowledge [4] 30/19 35/2 56/18 67/7
known [3] 8/10 26/5 56/23
knows [1] 51/1

**L**

L-A-U-R-E-N [1] 5/9
Labor [7] 17/5 17/7 17/8 20/17 32/21
39/16 62/10
lack [4] 20/18 47/9 53/1 60/24
Lamborghini [1] 22/19
Land [1] 4/6
language [1] 30/3
large [2] 25/1 50/13
last [16] 3/6 3/12 3/18 10/3 12/7 14/2
16/21 20/4 22/19 23/3 24/10 26/12
35/4 35/6 46/9 46/19
Lastly [1] 12/6
late [1] 53/25
LAUREN [4] 2/2 5/1 5/9 5/11
law [10] 5/24 12/7 14/1 14/4 23/12
37/10 45/21 48/4 53/17 59/14
law's [2] 10/7 13/25
law-enforcement [1] 23/12
laws [1] 12/1
lawyer [2] 37/8 53/16
layout [1] 30/7

**LEAD** [1] 1/15
learned [1] 9/8
lease [7] 16/2 17/15 40/8 43/13 43/19
43/23 46/9
least [8] 8/1 16/20 21/23 22/15 44/8
57/24 62/18 62/24
leave [7] 37/15 37/21 51/18 51/20 53/2
53/11 53/11
leaves [1] 4/14
leaving [1] 51/21
legitimacy [1] 48/12
legitimate [14] 19/25 20/3 20/9 20/15
21/11 44/2 44/5 44/6 44/7 46/6 46/6
47/20 48/11 48/15
legitimately [1] 39/9
lenders [1] 61/24
lengths [1] 23/25
Less [1] 31/4
let [4] 4/19 9/10 32/22 60/25
let's [4] 3/5 42/10 43/5 58/22
letter [1] 16/4
licenses [3] 40/21 40/23 52/4
lied [2] 46/1 46/13
like [18] 28/10 28/14 30/7 30/9 30/23
31/2 40/23 43/8 50/21 52/15 55/9 57/1
58/1 61/23 62/16 64/10 64/11 65/6
Likely [1] 43/24
limit [1] 64/24
limited [1] 48/4
lines [1] 49/23
listed [7] 16/21 16/21 18/18 18/22 24/4
35/12 46/4
lists [2] 17/15 46/8
little [3] 13/7 54/23 59/6
lived [5] 11/19 35/13 51/1 51/6 51/24
lives [1] 23/18
living [1] 23/16
LLC [6] 7/20 7/21 20/21 20/21 26/15
33/9
loan [14] 6/7 6/21 7/1 7/13 7/14 7/15
7/19 8/16 20/24 21/2 21/16 21/24
26/17 45/23
loans [6] 6/13 6/16 7/2 7/3 7/16 8/5
8/10 8/10 8/11 21/4 21/5 21/9 21/10
22/22 48/9 61/14 61/21
local [1] 35/16
locally [2] 51/22 52/16
locate [3] 22/24 23/2 23/14
located [1] 47/21
location [2] 24/3 34/6
locations [4] 40/23 52/6 54/25 55/13
long [3] 5/20 53/10 65/14
longer [1] 53/14
look [7] 28/16 33/12 39/15 41/21 48/19
53/21 56/2
looked [1] 6/23
looking [4] 12/13 12/16 53/4 60/13
looks [2] 15/1 28/13
looser [1] 13/7
lot [6] 31/20 49/18 50/21 59/23 60/10
61/10
Lounge [2] 26/5 26/16
luxury [2] 7/2 44/16

**M**

MACON [2] 1/13 46/19
made [9] 15/3 21/15 22/3 30/20 36/17
37/7 46/9 49/24 50/9
MAGISTRATE [1] 1/10
mail [1] 23/23

M

maintain [1]  22/11
maintained [1]  61/12
make [3]  22/9 42/21 50/9
makes [1]  48/20
making [1]  19/8
man [1]  51/14
Management [1]  52/20
Manager [1]  40/9
manner [1]  48/17
many [8]  7/24 21/2 21/22 22/14 23/6
23/9 57/12 62/16
March [2]  25/5 45/1
marked [8]  9/7 10/24 13/14 14/16 16/9
17/25 24/16 25/15
MARQUARIAS [10]  1/6 3/5 6/12 14/12
15/6 22/4 24/25 47/20 47/22 48/18
Marshal [1]  64/4
Marshal's [1]  64/23
Maryland [1]  4/9
math [1]  61/11
matter [1]  67/8
may [25]  9/9 10/21 13/10 13/23 14/1
14/5 16/6 16/7 17/22 17/23 20/5 25/14
27/11 28/6 32/18 32/19 37/12 42/2
44/4 54/25 55/3 55/4 60/11 60/25 64/6
maybe [2]  27/17 60/6
me [10]  3/16 3/19 4/19 9/10 33/16
42/13 59/19 60/10 60/15 60/25
mean [3]  38/12 40/4 53/2
meaningfully [1]  49/22
means [4]  23/13 43/12 50/16 62/6
measuring [1]  54/9
meat [1]  3/25
media [9]  10/5 24/12 25/13 27/4 28/4
29/10 41/17 45/6 60/2
member [1]  47/20
memo [1]  26/15
mentioned [2]  6/25 31/10
mentioning [1]  62/5
mentoring [4]  25/13 25/20 25/22 48/12
mentorship [4]  27/6 27/9 27/11 27/15
merely [1]  50/18
Meritas [3]  23/15 23/21 24/4
message [1]  36/5
messages [21]  9/20 9/24 9/25 10/4
10/11 10/17 10/18 11/3 14/8 14/19
14/21 14/24 15/6 15/8 19/7 29/13 30/9
36/18 36/19 47/16 47/17
met [1]  63/24
metropolitan [1]  35/23
Mexico [3]  56/23 56/25 63/20
microphone [1]  9/11
middle [4]  1/1 50/3 50/25 67/5
might [2]  9/13 65/13
militant [1]  47/8
million [14]  7/16 22/5 22/10 44/13 45/4
45/7 49/2 49/3 49/6 61/11 61/15 62/14
63/6 65/5
millions [2]  51/14 51/17
mind [1]  65/4
minimum [1]  6/24
minor [1]  61/4
minute [1]  42/15
minutes [1]  42/11
misdemeanor [4]  45/18 54/2 54/3
60/18
misdemeanors [1]  56/1
Missouri [1]  46/18
mixup [1]  55/4

modus [1]  46/5
money [26]  27/22 27/24 28/2 28/5
28/13 28/13 28/18 28/20 28/23 28/24
29/1 29/3 29/6 45/3 45/5 45/5 45/12
49/8 49/10 49/12 49/13 53/13 57/21
61/25 64/12 64/22
monitor [3]  64/13 65/4 65/14
monitoring [2]  46/2 64/9
monitors [1]  65/11
Montana [1]  47/4
monthly [1]  16/22
months [2]  26/12 59/21
more [11]  12/16 13/1 21/23 23/8 28/7
28/7 47/11 48/3 51/19 59/24 63/17
Morrow [1]  34/14
most [5]  31/14 43/13 45/24 61/21
61/22
mother [7]  10/7 12/7 13/25 14/1 14/4
46/15 60/2
mother-in-law [3]  12/7 14/1 14/4
mother-in-law's [2]  10/7 13/25
motion [4]  3/7 4/14 58/24 64/3
motions [1]  4/22
move [8]  12/9 15/10 17/18 19/18 25/7
25/25 42/10 49/11
moved [3]  4/22 43/6 49/8
MR [9]  1/19 9/18 23/2 23/15 32/17
39/20 49/2 51/11 59/6
Mr. [72]
Mr. Debrow [5]  3/22 42/24 49/16 62/5
66/1
Mr. Hall [50]  3/11 6/18 7/17 7/18 7/25
8/9 10/1 10/14 14/20 14/25 15/23
16/20 17/7 18/3 19/7 20/7 20/20 21/12
21/17 21/22 22/6 22/9 22/14 22/21
23/7 25/12 25/17 26/8 26/10 26/11
29/1 29/16 29/17 31/8 34/13 35/4 35/6
35/9 36/15 37/15 50/24 52/16 55/15
58/13 58/13 60/1 62/12 63/2 63/7
64/24
Mr. Hall's [12]  3/5 7/4 11/2 11/8 12/23
18/17 19/23 23/11 28/7 39/22 40/1
40/3
Mr. Halls [1]  21/19
Mr. Halls' [2]  24/12 24/13
Mr. Marquarias [1]  6/12
Mr. Richard [1]  19/7
MS [15]  1/13 3/9 4/4 4/20 9/10 9/20
9/23 11/3 29/21 37/8 58/9 58/12 60/1
60/3 65/20
Ms. [3]  42/20 46/19 66/2
Ms. Hansis [2]  42/20 66/2
Ms. Pritchett [1]  46/19
much [7]  22/3 22/9 38/12 47/11 50/3
51/1 51/2
MULBERRY [1]  1/13
multiple [4]  43/11 46/11 61/12 62/20
must [1]  53/9
my [34]  5/9 13/8 29/25 29/25 30/20
30/24 48/13 49/19 49/19 50/6 50/10
50/18 50/23 53/20 54/20 55/6 55/7
56/15 56/21 57/4 57/8 57/10 57/13
57/18 58/17 59/24 60/5 60/11 61/20
62/2 65/4 65/15 65/18 67/6
myself [1]  48/17

N

name [22]  5/8 5/9 8/2 10/3 11/22 11/22
12/1 12/1 12/4 12/5 12/7 14/2 15/2

nature [1]  61/1
Navy [9]  6/6 6/21 6/25 20/23 21/2 21/8
48/9 49/1 61/13
NCR [1]  20/4
necessarily [1]  33/19
need [6]  3/14 3/22 13/1 49/12 55/19
60/6
needed [1]  30/4
needs [1]  4/4
Neely [3]  14/21 15/3 37/8
neighborhood [1]  62/4
Neither [1]  4/24
never [15]  32/13 32/25 33/25 39/6
40/11 41/11 44/2 44/5 44/5 46/6 46/7
47/14 48/15 51/24 55/6
nevertheless [1]  58/13
new [3]  8/13 8/14 51/10
NEWNAN [2]  1/19 62/22
next [3]  11/23 12/2 55/21
no [64]  6/14 17/6 17/11 17/13 17/20
19/20 20/10 20/16 22/13 24/2 25/9
26/2 27/10 27/19 29/4 29/7 29/19 30/7
30/11 30/13 32/13 32/16 32/22 33/13
33/19 34/4 34/5 35/5 36/20 37/13
37/18 39/24 40/2 40/6 40/19 41/13
41/20 41/23 42/4 42/5 42/9 44/1 44/15
44/22 46/17 48/1 50/15 51/4 51/4
52/10 53/14 55/18 56/4 56/6 56/6
56/18 56/20 57/3 59/8 62/9 62/12
63/25 65/3 65/22
nonappearance [1]  65/18
none [2]  28/13 57/14
North [1]  52/22
not [101]
note [3]  12/4 53/9 57/10
nothing [10]  5/6 23/1 30/2 30/4 30/5
30/6 42/2 56/4 63/4 65/24
notice [1]  4/12
NOTICED [2]  1/16 1/21
notify [2]  4/6 20/23
NOV [1]  67/13
now [13]  10/24 14/16 17/13 17/25
21/24 24/16 39/12 42/11 42/16 43/4
51/12 53/3 59/23
number [15]  3/4 6/2 8/19 8/25 9/3
16/20 17/2 18/18 18/19 21/13 31/19
62/2 62/2 62/3 63/1
numbers [2]  8/17 43/11
numerous [1]  35/9

O

object [1]  15/12
objection [8]  12/11 12/15 13/6 13/9
17/20 19/20 25/9 26/2
obligations [1]  4/11
obtain [5]  6/13 8/5 43/23 48/20 63/3
obtained [21]  8/8 8/9 9/18 9/19 11/7
13/16 14/19 18/8 19/6 20/16 21/24
24/20 25/18 26/17 32/20 45/3 45/22
48/8 59/23 61/21 62/25
occupancies [1]  41/1
occupancy [1]  40/23
occurred [1]  34/9
occurring [1]  27/17
occurs [1]  28/7
OCTOBER [1]  1/5
off [1]  58/23
offender [1]  54/13

offense [2]  54/24 61/2
offenses [1]  50/7
offer [4]  7/9 25/12 53/6 53/6
offered [2]  48/11 48/13
offering [1]  27/6
office [4]  6/8 37/12 55/1 55/9
officer [2]  54/21 56/16
officer's [1]  50/10
OFFICIAL [3]  67/1 67/3 67/19
okay [1]  15/4
old [4]  15/19 23/3 23/10 51/23
on [73]
on-going [1]  6/6
once [4]  7/3 44/21 59/5 63/16
one [20]  3/20 6/3 7/18 8/17 8/20 11/16
11/17 11/20 11/25 12/2 27/17 31/25
36/17 43/9 44/12 48/24 57/10 61/22
62/24 63/12
one's [1]  52/10
ones [2]  29/20 39/21
ongoing [1]  48/7
online [5]  11/25 24/1 25/20 31/17
31/19
only [2]  23/5 23/13
open [2]  32/9 59/2
opened [1]  40/18
operandi [1]  56/3
operated [2]  24/2 34/6
operating [1]  38/16
opportunities [2]  6/19 6/20
opportunity [10]  33/12 34/16 36/2
40/25 49/21 49/22 51/13 53/7 58/5
58/7
opposed [1]  64/20
option [1]  64/9
options [1]  64/10
or [55]  3/20 7/11 10/18 12/13 12/14
12/19 13/25 15/1 17/9 17/11 17/15
20/1 20/18 25/17 27/8 27/24 28/9
28/13 28/20 28/23 30/3 30/7 30/7 30/8
30/23 31/20 33/15 33/25 36/14 36/15
37/16 40/4 41/14 41/17 44/2 49/23
49/23 50/10 50/18 50/19 50/23 53/10
53/11 54/7 54/7 56/2 56/3 56/15 59/8
61/2 61/3 62/14 64/1 64/5 65/3
oral [1]  3/21
order [9]  4/8 39/12 43/22 48/20 54/6
54/16 64/3 64/15 65/19
orders [3]  52/22 54/14 54/16
organization [1]  46/2
original [3]  9/25 29/15 39/14
other [20]  28/12 29/19 34/6 34/25
35/21 36/11 48/19 49/5 50/4 51/1 51/5
53/20 54/12 55/13 58/2 58/3 58/4 58/9
58/20 64/5
others [1]  61/23
our [6]  3/3 26/19 32/3 32/16 42/22 66/1
out [32]  15/3 21/12 21/13 24/2 32/7
34/2 34/8 37/2 37/6 45/15 45/18 47/4
48/10 48/13 48/17 51/6 51/12 51/13
52/15 53/20 54/15 56/21 57/16
57/21 58/7 60/3 60/13 60/17 61/7
61/17 63/6
outlined [3]  58/8 59/4 65/16
outside [4]  35/13 35/14 51/24 64/23
over [13]  3/6 4/10 26/12 35/4 35/6 37/7
41/15 45/9 45/22 61/3 61/15 62/22
63/6
Overall [1]  7/14

overlapped [1]  8/3
overrule [2]  13/5 13/9
overseas [1]  51/4
overt [1]  47/18 48/1
own [1]  57/17
owned [1]  49/1
owner [5]  26/11 34/20 34/22 34/23
52/13
ownership [4]  26/18 34/13 34/19 52/7

P
P-A-U-L [1]  5/10
packet [2]  18/11 18/25
page [2]  54/22 67/9
page 5 [1]  54/22
paid [3]  54/4 62/12 62/12
paper [1]  44/4
paperwork [1]  31/17
parents [1]  52/22
part [24]  7/23 8/16 9/3 15/15 19/12
21/18 21/24 26/11 33/2 34/20 35/1
36/6 36/21 40/8 41/21 43/16 43/20
44/18 44/24 45/3 50/2 53/18 55/20
65/15
participated [1]  57/8
particular [2]  41/22 56/3
particularly [1]  63/5
passed [1]  50/4
passport [1]  64/11
past [1]  56/12
Pastor [1]  52/22
pattern [3]  43/20 61/4 65/9
PAUL [17]  2/2 5/1 5/9 5/11 5/16 10/24
10/25 13/14 14/17 15/15 16/9 17/25
19/23 41/25 48/24 59/25 62/3
Paul's [1]  62/16
pay [4]  7/13 31/22 33/19 49/9
paycheck [1]  8/9
paying [1]  39/23
payment [2]  7/7 26/16
payments [1]  49/10
payout [2]  48/19 48/20
paystub [1]  19/11
paystubs [4]  18/6 18/25 19/3 19/8
peculiar [1]  54/14
pecuniary [1]  48/6
pending [1]  64/5
penny [1]  44/14
people [9]  11/18 11/24 11/25 30/8
48/20 52/9 52/11 53/18 57/12
percentage [1]  7/6
perfect [1]  65/12
period [9]  8/4 10/14 20/15 30/24 44/12
44/13 45/2 61/13 61/16
person [5]  28/10 48/14 48/16 54/14
54/15
personal [4]  6/18 6/19 15/7 47/21
personally [1]  36/10
pertaining [3]  33/5 34/9 49/24
phone [1]  21/13
phonetic [3]  14/22 19/8 47/17
photo [1]  11/23
photograph [4]  10/2 11/20 28/17 45/8
photographed [1]  45/1
photographs [7]  11/4 24/20 25/4 25/5
44/25 59/22 60/4
photos [10]  10/5 11/2 12/3 13/21 14/4
29/17 29/19 29/20 29/22 35/3
physical [2]  48/5 64/22
picked [1]  50/2

pictures [8]  10/8 28/23 34/25 56/7
56/7 58/10 58/13 58/14
piece [2]  46/22 46/23
place [2]  52/10 55/24
placed [2]  58/4 64/24
places [4]  51/2 51/5 52/7 52/7
plain [1]  30/11
plant [1]  20/5
play [1]  56/8
plea [6]  3/7 3/7 3/11 3/15 3/17 3/21
pleas [2]  3/23 4/6
pocket [1]  51/15
point [15]  16/2 18/3 20/1 30/19 37/9
37/14 39/14 47/3 49/25 50/11 50/18
51/25 52/15 58/14 61/7
pointed [3]  53/20 60/17 61/17
pointing [1]  51/6 56/9
portion [1]  7/5
position [2]  55/23 55/24
positive [2]  41/18 60/16
possess [1]  6/15
possessed [1]  47/25
possession [1]  4/13
possibility [3]  50/18 56/9 56/12
post [1]  12/6
posted [2]  25/17 27/16
posts [1]  14/5
potential [2]  41/18 63/18
potentially [2]  20/4 37/17
Powder [1]  62/22
Powders [1]  35/21
PPP [2]  8/10 8/16
practicing [1]  38/22
preliminary [1]  53/3
premature [1]  50/11
prepared [3]  4/17 4/18 5/1
preponderance [4]  59/13 62/18 63/23
63/25
presence [2]  24/12 41/17
present [2]  4/25 19/24
presents [2]  4/24 47/12
presumption [4]  4/24 49/20 50/16 59/3
pretrial [9]  4/8 45/17 45/25 46/3 46/14
46/17 46/24 53/24 54/19
pretty [5]  28/4 50/3 51/1 51/2 61/10
prevent [1]  51/21
previous [2]  4/10 29/14
prior [5]  20/5 34/22 36/17 37/3 59/15
Pritchett [2]  46/18 46/19
probably [2]  59/23 60/8
probation [9]  45/18 46/1 46/1 46/22
54/4 54/11 54/17 54/21 64/18
proceed [1]  4/17
proceedings [3]  3/1 59/2 66/13
proceeds [3]  7/14 22/7 34/18
process [2]  31/15 61/24
produced [1]  57/9
profile [6]  10/6 10/7 12/3 13/23 13/25
14/2
profit [1]  40/5
profits [1]  39/2
program [2]  8/9 27/12
programs [1]  8/6
prong [1]  47/15
proof [6]  16/3 18/5 38/15 59/6 59/7
59/18
property [4]  10/9 11/21 22/25 44/15
protect [1]  11/15
protection [1]  8/9
proven [2]  52/1 55/24

**P**

provide [1]  3/17
provided [7]  9/8 16/2 18/3 27/9 35/1 55/8 67/8
provider [1]  51/23
providing [1]  60/1
pseudonym [1]  63/3
purport [1]  29/1 29/2
purported [1]  6/12
purportedly [1]  6/14
purpose [2]  12/14 45/6
purposely [1]  47/7
purposes [3]  12/12 13/8 48/5
pursuant [1]  14/19
put [1]  3/20

**Q**

question [4]  31/25 37/20 48/24 57/5
questions [6]  9/11 26/21 26/25 29/5 37/25 40/14
quick [1]  48/19
Quine [2]  6/17 49/9

**R**

raised [2]  23/22 50/24
raises [2]  60/10 60/14
range [3]  10/11 15/8 25/4
Rashaun [2]  14/21 15/3
reach [1]  50/22
reached [2]  37/2 37/6
readily [1]  53/15
ready [3]  3/8 4/7 4/15
real [8]  22/25 27/24 28/20 28/24 29/1 29/6 44/15 45/10
reality [5]  44/4 44/21 45/6 48/15 63/17
realized [1]  60/8
really [2]  38/12 61/10
reason [7]  27/14 43/16 44/24 50/5 51/17 57/18 57/20
reasons [4]  48/22 50/21 57/1 65/16
rebuttable [1]  4/24
rebuttal [3]  42/23 42/25 59/3
receive [1]  15/25
received [6]  8/11 8/14 16/13 26/17 29/17 54/15
receiving [2]  8/12 54/10
recently [3]  43/13 44/25 62/25
recess [4]  42/10 42/15 42/17 42/18
recognizance [1]  57/17
recognize [2]  9/15 24/17
recollection [1]  62/2
record [11]  4/6 12/8 17/11 17/13 19/25 32/22 39/9 39/22 52/13 54/18 66/14
recorded [1]  67/7
recording [1]  67/7
records [14]  10/9 11/21 17/6 18/22 18/24 20/16 32/20 37/19 39/15 40/3 47/21 48/25 62/9 63/2
RECROSS [1]  40/16
recruiters [1]  6/18
redaction [1]  11/15
REDIRECT [1]  38/4
Reed [1]  52/22
referenced [1]  34/6
reflect [1]  39/1
Reform [4]  48/5 58/23 59/14 61/18
regards [1]  17/14
register [2]  31/23 41/4
registered [12]  20/11 20/13 31/7 32/2 32/4 32/5 34/7 38/7 38/10 38/13 38/21

62/5
registering [2]  38/14 38/18
regulations [1]  67/9
relation [1]  14/14
relationship [1]  51/8
release [7]  46/3 59/9 63/9 63/9 63/10 64/1 65/3
released [1]  47/14
relies [1]  49/18
remain [1]  64/4
remember [2]  62/2 62/3
remind [3]  50/15 51/10 56/10
remove [2]  23/25 64/13
removed [1]  7/13
renew [3]  33/20 39/7 41/8
renewal [1]  16/4
rental [8]  7/20 15/1 16/3 16/12 16/16 19/12 20/21 63/3
renters [1]  34/5
report [10]  6/6 7/9 39/5 45/17 45/25 46/15 46/17 46/24 53/24 54/20
reporter [4]  9/12 67/1 67/4 67/19
reports [2]  38/23 39/1
repossessed [2]  61/23 61/24
request [3]  6/23 11/16 64/19
requesting [1]  58/19
require [1]  41/8
required [2]  31/22 41/3
requirements [2]  4/12 58/3
reservation [1]  15/2
reservations [1]  15/7
reserve [2]  42/5 42/22
reserves [1]  42/24
resided [1]  23/24
residence [1]  23/11
residences [4]  35/9 35/12 62/23 62/25
residential [5]  15/19 24/7 24/8 33/24 62/18
resides [3]  43/15 46/18 46/21
residing [2]  15/23 19/16
resolution [2]  54/1 64/5
resources [2]  63/19 65/8
respond [2]  49/22 63/12
response [6]  11/7 13/16 15/25 16/13 18/8 24/20
responsibilities [1]  5/22
responsibility [1]  47/9
responsible [1]  46/2
restraints [1]  64/23
result [1]  28/9
Resuming [9]  9/14 10/23 13/13 15/14 16/8 17/24 19/22 25/11 26/4
retained [3]  1/22 53/2 53/4
retrieved [2]  12/19 12/22
return [2]  19/6 29/12
returns [1]  62/13
Revenue [7]  17/5 17/8 17/10 20/18 32/21 39/16 62/11
review [3]  36/24 49/23 61/8
Richard [1]  19/7
right [22]  4/5 5/3 28/21 29/10 29/23 30/5 30/10 30/15 30/21 31/5 32/25 35/23 41/6 41/12 41/22 41/25 42/11 49/16 55/16 58/22 65/20 65/25
ringer [1]  57/11
rise [1]  42/16
risk [16]  4/23 47/13 50/19 50/23 50/24 51/16 53/1 53/2 57/4 58/25 59/2 59/12 60/11 60/15 64/10 65/18
risks [1]  53/19

Road [1]  15/19
roundabout [1]  45/4
rounded [1]  60/4
Rule [2]  3/14 4/9
run [1]  53/12

**S**

safety [1]  59/10
said [13]  27/3 27/21 28/23 30/2 30/4 30/5 30/6 30/14 31/2 34/5 36/21 42/24 52/2
Sales [1]  40/9
same [13]  18/20 45/23 51/15 54/24 55/12 56/2 56/2 56/3 57/13 57/17 58/6 58/16 58/20
sat [1]  45/25
satisfy [1]  65/18
saw [2]  10/20 43/13
say [18]  17/13 22/21 23/8 28/18 35/18 35/25 36/14 43/1 50/5 51/25 52/13 53/8 56/4 56/21 57/21 60/5 60/25 65/2
saying [8]  17/14 49/18 51/14 51/16 51/22 53/14 55/5 55/6
says [3]  15/2 15/4 62/7
SBA [1]  8/12
scheduling [1]  4/7
scheme [8]  6/7 6/11 8/3 21/25 27/16 44/12 45/4 45/21
school [2]  52/17 52/19
score [2]  6/24 43/25
screenshot [4]  10/9 11/17 11/21 11/23
screenshots [3]  10/5 13/24 60/2
search [19]  9/4 9/19 11/7 11/18 11/24 11/25 12/22 13/4 13/16 14/20 19/6 23/3 24/9 24/13 24/21 25/18 28/12 29/12 47/19
SEC [1]  6/5
second [3]  8/25 11/17 47/15
Secretary [13]  20/11 20/13 31/11 31/16 31/18 32/3 33/10 38/8 38/11 38/23 40/22 41/4 44/3
Section [1]  58/24
sections [1]  59/4
secure [3]  59/10 63/11 64/2
secured [1]  7/16
security [8]  8/17 8/19 16/20 17/2 43/11 63/1
see [8]  3/24 15/4 28/20 30/8 30/12 32/14 40/25 47/14
seem [1]  62/19
seems [3]  54/22 56/4 63/6
seen [1]  13/4
seize [1]  44/22
seized [3]  28/14 28/15 28/18
send [4]  15/16 29/17 29/19 58/16
sending [3]  10/2 17/4 19/10
sends [1]  14/25
sent [9]  11/3 12/13 14/11 29/19 29/21 29/25 36/18 58/10 58/12
sentence [1]  63/18
sentenced [1]  54/4
separated [1]  58/7
September [5]  19/13 20/25 21/1 45/22 48/8
serious [3]  50/24 53/19 58/25
Server [1]  46/22
serves [1]  51/23
service [2]  25/22 64/4
serviced [1]  41/19
services [9]  25/13 45/17 45/25 46/14

**S**

services... [5]  46/17 46/24 48/12 53/24 54/19
session [1]  42/19
set [4]  4/7 55/2 64/20 65/5
setting [1]  65/5
several [1]  31/7
shadow [1]  52/10
shared [3]  47/16 47/22 47/24
she [12]  11/19 13/22 15/2 15/4 36/12 36/13 36/14 42/2 42/24 42/24 46/18 46/21
short [2]  44/12 45/2
should [5]  15/3 53/7 53/21 57/21 58/16
show [4]  9/7 48/25 51/19 59/8
showing [1]  15/6 63/25
shown [2]  57/25 64/16
shows [1]  43/20
side [3]  53/6 53/24 57/7
sift [1]  61/9
sign [2]  3/23 4/4
signed [1]  4/2
significant [8]  9/3 44/22 47/13 51/8 51/20 60/18 60/23 64/12
silently [1]  56/7
similar [1]  28/16
simple [2]  47/18 61/11
simply [3]  14/7 49/25 56/11
simultaneously [1]  8/12
since [11]  5/21 9/11 16/22 21/23 23/23 23/24 36/19 44/7 52/23 56/22 63/20
site [1]  11/21
sitting [1]  45/8
situation [2]  51/11 56/3
sixth [1]  52/23
skills [1]  65/8
slash [1]  5/8
slippery [1]  60/25
so [43]  4/5 4/7 4/10 5/6 6/24 7/3 7/13 11/4 11/16 19/15 20/8 26/17 27/11 27/17 30/17 34/8 35/16 36/19 39/9 41/14 42/11 44/22 45/4 45/9 47/1 47/11 50/9 51/13 53/14 55/22 56/6 56/8 56/20 58/1 58/18 59/4 59/16 60/16 61/21 61/24 63/23 65/14 65/19
social [15]  8/17 8/19 10/5 16/20 17/2 24/12 25/13 27/3 28/4 29/10 41/17 43/11 45/6 60/2 62/25
solemnly [1]  5/4
solicited [1]  48/17
solution [1]  65/12
some [22]  7/8 11/14 16/2 20/6 22/6 38/13 43/22 44/24 49/7 49/8 49/12 53/19 53/21 55/11 57/18 57/20 58/9 60/2 60/11 60/16 60/18 60/20
somebody [1]  63/8
someone [2]  14/1 56/15
something [12]  12/18 41/8 52/24 54/8 54/19 54/22 55/5 56/9 56/12 60/6 60/10 63/15
somewhat [1]  43/18
somewhere [1]  50/3 62/3 63/7
son [2]  51/22 51/24
sophisticated [1]  61/5
sophistication [1]  65/7
sorry [2]  28/22 33/8
sounds [1]  61/23 62/16
source [2]  23/12 32/19
speak [7]  34/4 36/2 50/13 53/10 53/19 54/21 55/20

speaking [1]  38/21
speaks [3]  37/8 53/1 56/19
SPECIAL [3]  2/2 5/11 5/19
specialize [1]  5/25
specific [1]  59/3
specifically [4]  5/25 29/21 38/6 40/7
specifics [1]  49/13
specified [1]  59/13
spending [1]  49/14
spent [3]  22/6 49/12 49/13
spoke [4]  31/7 34/12 34/25 35/9
spoken [1]  36/19
spoof [1]  21/13
sporadic [1]  47/6
Springs [1]  35/21 62/22
ST [1]  1/13
stages [1]  53/3
stand [1]  50/1
standard [6]  50/15 50/20 56/10 59/13 59/15 62/18
standards [2]  13/7 59/16
start [5]  3/5 4/7 49/17 58/23 59/17
started [2]  54/22 56/22
starting [1]  26/25
starts [1]  63/17
State [23]  8/13 8/13 8/15 20/12 20/13 31/16 31/18 32/3 33/11 35/13 35/14 35/18 38/8 38/11 38/19 38/22 38/24 40/22 41/4 44/4 51/24 52/19 62/22
State's [1]  31/11
statement [3]  36/12 36/14 50/10
statements [7]  6/5 16/4 18/5 18/11 18/14 18/15 18/21
STATES [7]  1/1 1/4 1/10 3/4 47/3 67/4 67/10
stay [3]  5/8 39/13 51/17
stayed [2]  53/12 56/25
STE [2]  1/13 1/19
steady [1]  44/2
steps [1]  41/6
still [4]  3/13 50/11 52/20 57/23
Stingray [1]  22/17
stop [1]  9/10
story [1]  53/6
strategy [2]  43/2 60/9
stricklanddebrow.com [1]  1/20
stuff [1]  42/12
submission [1]  6/20
submit [3]  38/23 39/4 43/21
submitted [9]  18/16 20/24 21/2 21/10 40/1 43/14 43/16 44/24 46/7
subpoena [5]  15/16 16/1 16/14 17/4 18/9
subpoenaed [1]  18/20 18/24
subpoenas [2]  9/4 18/17
substance [1]  61/2
substantial [1]  50/23
successful [2]  48/14 64/17
successfully [1]  54/12
sudden [1]  58/14
sufficient [4]  59/9 63/11 64/2 65/4
sufficiently [1]  13/8
suggest [1]  50/18
Sumbry [1]  19/8
supported [2]  47/10 47/11
supporting [1]  18/7
suppose [1]  35/25
supposed [3]  12/12 56/17 58/10
sure [15]  6/12 8/9 12/11 13/3 27/13 28/3 28/8 33/3 39/11 40/19 44/4

45/5 46/23 64/8
surprised [1]  38/18
surrendering [1]  64/11
suspend [1]  49/14
swear [1]  5/4
sworn [1]  5/12
Sycamore [1]  33/21
Systems [1]  52/18

**T**

tagged [2]  14/1 14/5
tail [1]  51/12
take [9]  3/12 3/21 31/20 38/10 38/12 42/10 42/15 55/23 65/13
taken [5]  13/23 22/19 29/10 29/11 50/4
takeoff [1]  37/16
talk [1]  8/3
talking [4]  43/19 50/6 53/23 54/25
targeted [2]  57/18 58/18
tax [2]  47/21 62/13
taxes [1]  40/11
Tech [1]  52/18
Technology [1]  52/18
telephone [1]  37/7
tell [3]  29/3 29/5 54/7
ten [4]  8/1 21/3 42/11 42/15
ten-minute [1]  42/15
terms [1]  47/12
testified [8]  5/13 12/25 28/21 30/2 46/11 48/25 49/2 62/8
testify [7]  5/1 25/2 27/22 28/16 32/10 33/15 49/13
testimony [10]  5/5 12/21 27/21 29/16 35/10 41/11 53/18 59/24 61/20 62/16
Tevon [3]  15/3 15/5 63/3
text [27]  9/19 9/23 9/25 10/2 10/4 10/11 10/17 10/18 11/3 14/8 14/19 14/21 14/24 14/25 15/6 15/8 19/7 29/13 30/3 30/9 30/11 30/12 36/5 36/18 36/19 47/15 47/17
than [11]  12/5 13/1 13/7 14/2 18/19 23/8 28/7 31/4 35/20 47/11 48/3
thank [4]  13/10 40/14 65/22 66/3
that [480]
that's [68]
theft [4]  7/9 7/12 54/10 60/19
their [5]  7/7 39/7 41/19 57/17 62/17
them [18]  3/22 3/22 3/24 9/13 14/5 19/10 29/18 31/14 49/10 51/9 51/9 53/10 54/16 55/2 57/14 58/16 58/16 61/21
themselves [3]  10/17 18/15 47/17
then [13]  3/25 6/16 7/3 7/5 14/4 19/10 19/11 37/13 47/8 51/15 59/5 60/3 61/23
there [75]
there's [23]  8/1 20/10 22/17 23/8 23/8 31/24 34/5 35/22 38/18 38/20 46/22 50/15 51/4 51/4 55/3 56/20 59/8 60/17 62/6 62/7 62/9 63/25 64/21
Therefore [1]  33/4
thereof [1]  20/18
these [68]
they [52]  6/15 6/23 7/1 7/9 7/10 7/12 7/13 9/25 10/12 10/20 12/12 12/17 12/18 12/19 12/21 13/6 13/8 13/9 19/5 21/16 29/15 29/25 31/12 31/13 33/19 34/5 37/6 37/7 38/16 38/23 39/7 39/8 40/24 41/8 44/4 44/5 42/24 50/18 51/13 54/4 54/5

**T**

they... [9] 57/16 57/17 57/20 60/6 60/8 60/19 61/23 62/5 62/7
they're [3] 25/10 51/14 62/8
thing [1] 53/18
things [14] 4/1 49/19 49/20 49/21 50/7 50/17 53/20 56/23 57/8 58/8 64/11 64/18 65/1 65/6
think [24] 27/17 45/23 48/3 51/16 51/18 52/24 53/1 53/9 53/21 54/6 54/8 54/25 55/20 56/19 57/20 58/17 59/1 59/18 60/8 63/19 65/7 65/10 65/16 65/17
thinking [1] 60/6
third [1] 11/20
this [117]
those [67] 4/4 4/5 4/11 7/5 7/14 7/23 8/16 8/17 8/20 8/21 9/23 10/11 10/18 11/4 11/11 13/15 13/19 14/7 14/11 14/23 15/8 15/13 18/7 18/14 19/3 21/4 21/16 21/25 22/3 22/7 22/11 22/16 22/22 24/20 24/23 25/4 25/4 25/8 31/10 35/3 35/12 39/1 41/3 43/9 44/25 45/3 45/16 47/10 47/17 48/22 49/23 54/16 55/12 55/14 59/16 59/22 61/21 62/21 62/24 63/10 65/1 65/7 65/9 65/10 65/15 65/16 65/17
though [3] 59/2 59/21 65/4
threat [4] 48/1 56/16 57/23 57/24
threats [6] 30/7 30/23 35/6 36/15 47/18 56/14
three [3] 7/23 47/5 47/10
threshold [1] 59/2
through [31] 6/21 8/6 10/4 10/12 12/9 13/15 15/9 17/14 21/1 21/10 23/12 24/17 25/13 26/13 26/19 27/12 31/15 35/2 37/14 41/6 47/24 49/11 50/21 52/2 52/3 52/5 56/15 56/15 58/22 61/9 61/21
throw [1] 63/19
thumb [1] 11/5
tie [1] 52/14
tied [4] 35/10 35/12 35/16 62/23
ties [1] 51/5 51/20 52/21
tiles [1] 11/5
time [18] 6/8 8/4 10/14 18/20 20/15 26/21 27/16 30/25 31/20 44/13 45/2 51/16 52/11 53/15 57/22 59/21 65/24 66/2
times [1] 63/3
Title [1] 5/25
today [4] 3/3 4/17 58/8 61/20
together [4] 3/20 42/12 63/5 63/23
told [1] 33/17
too [1] 23/9
took [2] 45/8 50/1
total [2] 7/24 8/11
totaled [1] 49/2
touch [1] 37/12
toward [2] 28/10 56/16
trace [4] 21/25 22/6 49/11 49/14
traced [1] 34/18
tracing [1] 49/7
track [1] 64/14
Trade [1] 7/10
transcript [3] 1/9 67/6 67/8
transferred [1] 7/5
trial [7] 4/7 13/7 61/7 63/11 63/16 64/2 64/5
tried [1] 53/12
trouble [3] 52/2 52/4 52/5
trucking [1] 35/7 53/9 54/8 34/11
true [9] 11/18 11/24 11/25 17/2 20/19 24/2 46/25 57/22 67/6
Truist [1] 26/15
truth [3] 5/5 5/6 5/6
try [2] 9/10 23/25
trying [1] 12/12
turn [2] 6/2 43/9
turning [1] 47/15
two [14] 3/2 3/22 30/17 31/3 31/4 31/5 44/13 54/25 56/8 59/5 59/16 61/13 61/16 63/14
two-year [2] 44/13 61/16
tying [1] 44/23
type [4] 39/5 43/22 56/2 60/19
types [1] 22/16
typically [1] 28/9

**U**

U.S [5] 25/1 25/3 37/12 46/1 64/4
Ultimately [1] 21/15
unaccounted [2] 61/16 64/22
uncle [1] 23/19
under [11] 9/21 10/15 13/6 30/18 32/4 43/7 44/3 52/22 57/11 58/24 59/14
underground [1] 53/13
understand [6] 43/17 47/17 48/1 50/1 55/10 61/22
understanding [4] 55/8 59/24 61/20 64/21
underwater [2] 22/21 44/16
unemployed [1] 47/6
unemployment [2] 8/5 8/12
unfortunate [1] 44/20
Union [6] 6/6 20/23 21/8 48/9 49/1 61/14
UNITED [7] 1/1 1/4 1/10 3/4 47/3 67/4 67/10
University [1] 52/19
unjust [1] 50/8
unsecured [3] 57/18 58/2 58/19
until [3] 23/22 25/5 45/21
up [12] 3/12 17/3 19/10 23/22 25/5 32/3 45/21 50/2 51/8 53/5 60/4 63/18
upon [4] 28/12 50/9 58/7 64/19
us [3] 4/14 59/4 65/13
USAA [5] 6/6 6/22 7/1 48/25 61/13
usdoj.gov [1] 1/14
use [8] 8/16 8/21 28/5 56/5
used [12] 6/12 6/14 7/18 15/2 23/23 28/6 28/13 43/10 43/11 48/19 49/9 63/2
useful [1] 60/9
using [3] 11/24 15/7 62/25
usually [2] 31/24 38/25
utilized [1] 15/5

**V**

variety [2] 8/1 35/22
various [3] 49/1 62/23 65/6
vehicle [2] 15/1 45/9
vehicles [6] 6/14 6/15 7/2 22/14 22/16 44/16
verification [1] 27/8
verify [1] 47/1
VERONICA [1] 1/13
veronica.hansis [1] 1/14
Vertap [2] 47/16 47/19
very [10] 28/16 43/2 45/2 46/1 50/13 50/20 53/2 60/9 61/4 65/23
via [2] 14/25 18/5
viable [1] 52/17
victim [2] 7/11 61/4
view [1] 56/2
violation [1] 54/5
violations [1] 5/24
violence [1] 61/2
violent [1] 56/4
Virginia [1] 21/12
visit [1] 32/7
visited [2] 33/25 52/11
voluminous [1] 47/21

**W**

W-2 [1] 46/7
W-2s [5] 17/9 17/11 17/13 39/25 40/11
want [19] 6/2 8/3 9/7 14/16 20/6 23/15 24/12 25/12 26/5 29/8 31/18 38/6 40/7 42/21 50/13 56/10 59/20 60/5 60/9
wanted [5] 19/9 53/11 55/21 56/25 57/1
wants [2] 51/25 53/8
warrant [14] 9/19 11/8 12/22 13/4 13/16 14/20 19/6 23/3 24/9 24/13 24/21 25/19 29/12 60/21
warrants [2] 9/4 28/12
was [117]
wasn't [6] 33/2 41/21 50/2 55/19 58/12 58/17
way [3] 54/6 55/11 58/6
ways [2] 55/1 60/13
we [86]
We'll [1] 42/15
we're [6] 3/21 31/6 43/18 53/23 54/9 59/5
website [1] 31/11
week [7] 3/6 3/12 3/18 22/20 23/4 24/10 46/19
weigh [1] 50/17
weight [1] 61/6
WEIGLE [1] 1/9
well [6] 13/5 37/6 49/14 51/16 58/22 63/22
went [8] 32/25 37/7 41/11 47/18 49/10 52/17 60/3 61/25
were [89]
weren't [2] 27/21 61/14
what [61] 5/18 8/8 9/7 9/17 9/23 10/11 10/24 10/25 11/11 11/17 11/24 12/5 12/24 13/14 13/19 13/24 14/7 14/17 14/23 15/1 15/2 15/25 16/10 16/13 16/19 18/1 19/9 21/6 22/16 24/17 24/25 25/16 27/7 28/20 30/16 32/10 33/23 34/2 34/2 34/9 35/23 36/24 38/10 38/15 38/16 41/3 46/11 46/13 49/4 49/5 52/1 54/9 54/25 55/8 60/5 62/8 63/21 64/17 65/4 65/5 65/5
what's [11] 12/15 14/16 15/8 16/9 17/25 24/16 24/23 25/15 32/24 33/8 55/11
whatever [2] 51/25 53/5
when [15] 9/11 9/21 17/13 18/4 21/14 23/3 37/7 38/21 40/18 45/25 46/15 48/14 63/5 63/5 65/2
where [5] 5/16 12/17 12/19 14/25 49/6 52/6 52/10 53/4 54/2 58/15 61/14 61/18 61/25
Whereupon [1] 5/12
whether [8] 27/8 33/15 39/12 41/17

## W

whether... [3]  47/19 53/10 54/7
which [21]  4/9 6/3 7/10 11/19 21/11
21/16 36/22 37/14 38/14 46/25 50/4
50/16 51/21 52/1 53/15 53/17 54/17
55/3 55/21 56/16 58/8
while [3]  8/12 45/8 64/4
who [24]  12/7 12/18 14/1 14/14 23/18
43/10 44/1 44/10 44/22 47/6 47/7 47/8
47/20 47/22 48/10 48/11 48/18 50/1
51/7 51/22 53/18 58/10 60/12 60/24
whole [3]  5/5 31/20 57/22
why [7]  3/22 50/5 50/21 54/17 55/3
57/1 57/21
wife's [1]  16/23
will [21]  3/25 4/5 4/8 5/5 11/14 12/4
13/6 13/9 15/13 31/5 47/2 49/17 51/21
54/8 56/21 57/10 58/25 59/17 60/16
64/3 65/17
willingly [1]  53/16
wired [1]  26/14
withdrawals [1]  22/9
withdrawn [3]  49/3 51/15 61/15
withdrew [2]  45/2 45/7
withholdings [1]  39/23
within [2]  15/4 35/18
without [1]  59/23
witness [7]  5/12 9/9 10/21 13/11 16/6
17/22 26/21
won't [1]  4/10
word [1]  60/25
work [2]  47/6 54/8
worked [3]  5/20 6/17 20/5
working [2]  52/20 62/19
worth [3]  45/9 61/19 62/14
worth-of [1]  62/14
would [39]  7/5 7/9 7/19 7/25 10/14 12/9
13/7 15/10 17/18 19/15 19/18 25/7
25/25 33/17 35/18 35/23 38/23 39/1
39/15 41/7 42/22 46/2 46/13 47/14
49/12 50/5 50/13 50/21 51/17 52/15
53/8 55/23 58/1 59/9 59/23 63/10 64/1
64/12 64/16
wouldn't [3]  60/21 64/13 64/14
writing [1]  10/18
written [1]  30/7
wrong [1]  59/7

## Y

Yeah [1]  29/3
year [8]  35/4 35/7 39/7 44/13 45/1
45/22 46/9 61/16
years [11]  30/17 31/3 31/4 31/5 51/12
51/23 55/13 56/8 61/13 63/14 63/18
yes [60]  4/16 5/24 6/9 7/22 8/7 8/19 9/2
9/10 10/22 11/13 13/12 13/21 14/25
15/24 16/15 18/10 18/13 18/15 19/5
19/25 20/13 21/1 21/21 22/2 22/8
22/23 24/15 24/22 25/6 25/14 27/2
27/5 30/18 31/6 31/9 31/12 31/14
31/17 31/24 32/6 32/18 33/10 34/21
34/24 36/11 36/13 37/1 37/5 38/3
38/20 39/11 39/21 40/24 41/5 41/7
41/10 42/14 49/17 64/7 65/2
yet [7]  3/11 4/3 31/6 44/15 48/16 50/9
63/14
York [2]  8/13 8/14
you [170]
you're [4]  5/5 9/13 12/12 38/13
you've [1]  24/21

your [44]  3/10 4/16 4/21 5/22 9/9 10/21
12/8 12/13 12/21 13/10 15/10 16/6
17/18 19/18 25/7 25/25 26/20 27/21
28/12 30/19 33/2 35/2 35/10 36/1 38/3
41/11 42/5 42/12 42/22 43/1 43/3 43/6
43/17 44/9 45/24 47/1 48/3 48/21
48/22 49/4 49/7 49/14 55/18 65/22